IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| MICHAEL DEAN GONZALES,<br><br>*Plaintiff,*<br><br>v.<br><br>WOODSON ERICH DRYDEN,<br>Ector County District Attorney Pro Tem;<br><br>MICHAEL GERKE, Chief,<br>Odessa Police Department;<br><br>STEVEN MCCRAW, Director,<br>Texas Department of Public Safety;<br><br>*Defendants.* | CASE NO. _____<br><br>**DEATH PENALTY CASE**<br><br>**EXECUTION DATE: MARCH 8, 2022** |

**APPENDIX OF EXHIBITS TO
COMPLAINT PURSUANT TO 42 U.S.C. § 1983**

Richard Burr
Texas Bar No. 24001005
Burr and Welch, PC
PO Box 525
Leggett, TX 77350
713-628-3391
dick@burrandwelch.com

*Counsel for Michael Dean Gonzales*

# TABLE OF EXHIBITS

| EXHIBITS | DESCRIPTION |
|---|---|
| 1 | Affidavit of Eduardo Saenz Nino |
| 2 | Affidavit of Richard Reyna |
| 3 | Third Affidavit of Paulette Sutton, February 25, 2022 |
| 4 | Motion to Compel Access to Latent Print and Footwear Impression Evidence, May 14, 2021 |
| 5 | Motion to Terminate the Appointment of the Attorney Pro Tem, December 31, 2020 |
| 6 | Order Setting Gonzales' March 8, 2022, Execution Date |
| 7 | OPD Report on Discovery of Victims |
| 8 | Report of Det. Robertson on Stolen Items |
| 9 | Bloodstain Pattern Analysis Report of Sgt. Rick Pippins |
| 10 | Reports of Cpl. Rexer |
| 11 | Report of Det. Robertson on April 23 Luminol Testing |
| 12 | Julian Olivarez Statement, May 6, 1994 |
| 13 | Report of Ranger Sanders on Search of Gonzales Home (218 Schell) |
| 14 | OPD Report on Collection of Evidence from 218 Schell |
| 15 | January 13, 1995 DPS Preliminary Report |
| 16 | Police Photographs of Gonzales' Arms and Hands, April 22, 1994 |
| 17 | OPD Report on Hospital Canvass for Laceration Wounds |
| 18 | May 5, 1994 Jesse Perkins Statement |
| 19 | May 10, 1994 Jesse Perkins Statement |

| EXHIBITS | DESCRIPTION |
|---|---|
| 20 | December 6, 1994 Interview with Jesse Perkins |
| 21 | Report of Det. Robertson on First Interview of Perkins, May 5, 1994 |
| 22 | Report of Det. Robertson on Second Interview of Perkins, May 10, 1994 |
| 23 | Report of Det. Robertson on Search of Perkins' Residence, May 11, 1994 |
| 24 | Jesse Perkins' May 6, 1994, Ector County Jail Booking Card |
| 25 | Jesse Perkins' September 2, 1993, Ector County Jail Booking Card |
| 26 | Photographs of Jesse Perkins' Scars, Dec. 6, 1994 |
| 27 | OPD Property Invoice Log No. 38775 |
| 28 | May 20, 1994 DPS Physical Evidence Submission Form |
| 29 | Sept. 25, 2000 DPS Physical Evidence Submission Form |
| 30 | Federal Habeas Testimony of Charles Kenimer |
| 31 | Jury Deliberation Note Requesting Clarification |
| 32 | October 17, 2003 DPS Laboratory Report |
| 33 | First Affidavit of Paulette Sutton, January 31, 2022 |
| 34 | Report of Det. Robertson, October 14, 1994 |
| 35 | Report of Det. Robertson, December 6, 1994 |
| 36 | OPD Report on April 23 Luminol Testing |
| 37 | DPS Crime Laboratory Files About Merced Aguirre's Housecoat and Gown |
| 38 | Witness Statement of Ruby Garza Luna, OPD Narrative, May 13, 1994 |
| 39 | Det. Robertson Report on Estimate of Time of Death |

| EXHIBITS | DESCRIPTION |
|---|---|
| 40 | Declaration of Ruby Luna, February 11, 2022 |
| 41 | Second Affidavit of Bloodstain Pattern Analyst Paulette Sutton, February 12, 2022 |
| 42 | Affidavit of CSU Supervisor Stephanie Bothwell, February 22, 2022 |
| 43 | OPD Photographs of Flannel Shirt, February 14, 2022 |
| 44 | OPD Photographs of Flannel Shirt Under Alternate Light Source, February 22, 2022 |
| 45 | Affidavit of Forensic DNA Analyst Huma Nasir, February 25, 2022 |
| 46 | Interview of Epigmenia Gonzales, May 31, 2000 |
| 47 | Statement of Martha Gonzales, May 7, 1994 |
| 48 | Affidavit of Rito Suniga |
| 49 | Report of Det. Robertson on Olivarez Alibi, June 8, 1994 |
| 50 | Memorandum from Rebecca Sample to John W. Smith & Preston Stevens |
| 51 | Excerpt from May 5, 1995 Interview of Epigmenia Gonzales |
| 52 | El Paso PD Personnel Records of Snow Robertson |
| 53 | Texas Commission on Law Enforcement Report on Snow Robertson |
| 54 | Odessa PD Personnel Records of Snow Robertson |
| 55 | ECSO Personnel Records of Snow Robertson |
| 56 | Plaintiff's Amended Petition, *Homsey v. Robertson*, No. D-80,401 (358th Judicial Dist. Ct., Ector Cty., March 23, 1989) |
| 57 | Order of Dismissal, *Homsey v. Robertson* (Nov. 7, 1990) |
| 58 | Plaintiff's Original Petition, *Orr v. Robertson*, No. D-82,765 (358th Judicial Dist. Ct., Ector Cty., Jan. 7, 1991) |

| EXHIBITS | DESCRIPTION |
|---|---|
| 59 | Order of Dismissal, *Orr v. Robertson* (Jan. 7, 1991) |
| 60 | Application for 11.07 Writ of Habeas Corpus, *Ex Parte Keith*, No. WR-59, 244-04 (Tex. Crim. App. June 12, 2015) |
| 61 | Excerpts of Volume 8, Reporter's Record of *State v. Keith*, Cause No. A-24,045 (70th Judicial Dist. Ct., Ector Cty.) |
| 62 | Allen PD Personnel Records |
| 63 | Murphy PD Personnel Records |
| 64 | Martha Reyes Interview, June 7, 2000 |
| 65 | Michelle Payne Interview, May 6, 1994 |
| 66 | Michelle Payne Interview, June 2, 2000 |
| 67 | History of Gonzales' Efforts to Obtain Fingerprint and Footwear Evidence |
| 68 | Affidavit of Latent Print and Footwear Examiner Matt Marvin, May 14, 2021 |
| 69 | Affidavit of Latent Print Examiner Heather McNeill, February 28, 2022 |
| 70 | Footwear Examination Report of Matt Marvin, February 11, 2022 |
| 71 | *Ex Parte Keith* Writ Application Ex. "E" (Cleaver Article) |
| 72 | *Ex Parte Keith* Writ Application Ex. "F" (Robertson/Deaderick Article) |

Respectfully Submitted,

*Richard Burr* (signature)

Richard Burr
Texas Bar No. 24001005
Burr and Welch, PC
PO Box 525
Leggett, TX 77350
713-628-3391
dick@burrandwelch.com

Counsel for Michael Dean Gonzales