# EXHIBIT 7

## NARRATIVE REPORT

| VICTIM, LAST, FIRST, MIDDLE | OFFENSE | DATE | CASE NO. |
|---|---|---|---|
| AGUIRRE, MANUEL | CAPITAL MURDER - F1 | 4-22-94 | 9427980 |

AT APPROX 0926 HOURS I WAS DISPATCHED TO 220 SCHELL IN REFERENCE TO TWO DECEASED PERSONS. UPON MY ARRIVAL THE FIRE DEPT WAS ON THE SCENE. AS I APPROACHED THE FRONT OF THE RESIDENCE I OBSERVED THE FRONT SLIDING GLASS DOOR TO BE PARTIALLY OPEN. BEFORE I ENTERED THE RESIDENCE I WAS APPROACHED BY MANUEL AGUIRRE ▮▮▮▮. I ASKED IF HE LIVES THERE AND HE SAID THIS WAS HIS PARENTS HOUSE. HE SAID HE TRIED TO CALL HIS PARENTS AROUND 2100 HOURS (4-21-94). HE SAID THE PHONE WAS BUSY. HE TRIED TO CALL SEVERAL OTHER TIMES UNTIL AROUND 2200 HOURS. HE AGAIN TRIED TO CALL AROUND 0900 HOURS ON 4-22-94 BUT CONTINUED TO RECEIVE BUSY SIGNALS. HE DROVE TO THE HOUSE AND PARKED IN THE DRIVEWAY NEXT TO HIS PARENTS CAR. HE FOUND THE SLIDING GLASS DOOR PARTIALLY OPEN. HE ENTERED THE LIVING ROOM AND FOUND HIS MOM AND DAD DECEASED. HE ATTEMPTED TO CALL 911 BUT THE PHONE WOULD NOT WORK. HE WENT TO 212 SCHOLL WHERE HE CALLED 911. I ENTERED THE RESIDENCE AND OBSERVED MANUEL AGUIRRE SR SLUMPED OVER IN A CHAIR IN THE LIVING ROOM. HE APPEARED TO HAVE BEEN SHOT OR STABBED SEVERAL TIMES. I ALSO OBSERVED MERCES AGUIRRE LYING ON THE KITCHEN FLOOR. SHE ALSO APPEARED TO HAVE SEVERAL WOUNDS. BOTH WERE DECEASED. FIRE DEPT PERSONNEL ON THE SCENE WERE IDENTIFIED AS FOLLOWS: HAROLD GIESLER, TANNER DRAKE, DARREL WILLIAMSON, TONY HINTON, DENNIS WILHITE. HINTON AND WILHITE WERE PARAMEDICS (AMBULANCE I 701). SGT HUGHES AND DETECTIVES WERE NOTIFIED. I ASSISTED WITH SECURING THE SCENE UNTIL DETECTIVES ARRIVED. MANUEL AGUIRRE JR WAS TRANSPORTED BY DETECTIVES TO THE STATION TO GIVE A STATEMENT.

| REPORTING OFFICER | PSN | APPROVED BY | COPIES TO | PERSONS | JUVENILE | PROPERTY |
|---|---|---|---|---|---|---|
| Cpl F. Bowers | 4806 | 3444 | | NARCOTICS | TRAFFIC | OTHER |

White I.D. / Yellow C.I.D. / Pink P.I.O.    PAGE 1 OF 1