EXHIBIT 10

# NARRATIVE REPORT

| VICTIM, LAST, FIRST, MIDDLE | OFFENSE | DATE | CASE NO. |
|---|---|---|---|
| AGUIRRE, MANUEL AND MERCED | MURDER | 4-22-94 | 9427980 |

On this date I was dispatched to 220 Shell in reference to a Double
Homicide.  Upon my arrival I contacted Sgt Robertson who stated
that two bodies were found inside the residence.  Sgt. Robertson
stated that a video of the scene needed to be taken.  A color VHS
vidoe was taken outside of the residence, and in the alley.  Next
Sgt. Robertson requested that shoe impressions be taken near the front
door.  Two cast were taken.  Next, we entered the residence where
the interior of the residence was video taped.  The interior of the
residence was this processed for fingerprints.  LAtent prints were
lifted off of two frosted glass doors.  I was send to the 300 blk
of Clifford where I contacted Det A. White.  He stated that several
items were found that had been inside the residence.  Color 35mm
photographs were taken of items found next to and inside the
dumpster in the North alley.  A plaster cast of shoe print was also
taken.  I went back to the residence at 220 SHell.  Here a plaster
cast of a shoe was taken in backyard, and a shoe print that was
developed with latent ffingerprint poweder was then from the Utility
foom.  Also, a blood shoe pring was taken on the ramp from the living
room th the kitchen.  Latent prints were taken inside the kitchen
area and also photographed were some peppers found between the
residence and the residence to the East.  At approximately 2200 hours
Luminol was sprayed around the residence.  Traces of blood were found
outside the front door.  The interior was also Luminoled showing
possible exit through the front door (sliding glass window).  Blood
was shown to be present through out the house with a large quantity
being found in the Master Bedroonm.  Det Rodney Hamilton was present
during the process.

All fingerprints, Vidoe tape and plaster cast along with evidence will
be tagged and placed into evidence.

No oOOtaer

| REPORTING OFFICER | PSN | APPROVED BY | COPIES | PERSONS | JUVENILE | PROPERTY |
|---|---|---|---|---|---|---|
| Cpl. J.G. Rexer | 4028 | 4028 | TO: | NARCOTICS | TRAFFIC | OTHER |

# NARRATIVE REPORT

| VICTIM, LAST, FIRST, MIDDLE | OFFENSE | DATE | CASE NO. |
|---|---|---|---|
| AGUIRRE, MANUEL & MERCED | MURDER | 4/26/94 | 9427980 |

On this date I was dispatched to 220 Shhell in reference to the murders that took place 4/22/94. Upon my arrival I contacted Det. S. Robertson who stated that he needed photographs of the back of the residence and of the residence to the east. Color photo'photos taken of the two houses from the back side. Also requsted by Det. S. Robertson is that items found inside 220 Schee be taken back to the P.D. as evidence and for further processing. The items are 21 assorted L.P. records, Ceramic duck, 4 glass bowls and red peppers. The Items were tagged as evidence and taken back to the P.D.

NO OTHER



Film Log # 2100

| REPORTING OFFICER | PSN | APPROVED BY | COPIES _X_ PERSONS _____ JUVENILE _____ PROPERTY _____ |
|---|---|---|---|
| Cpl. J.G. Rexer | 4028 | 1/028 | TO: _____ NARCOTICS _____ TRAFFIC _ OTHER _____ |

White-I.D. / Yellow-C.I.D. / Pink-P.I.O.                    PAGE __1__ OF __1__

## NARRATIVE REPORT

| VICTIM, LAST, FIRST, MIDDLE | OFFENSE | DATE | CASE NO. |
|---|---|---|---|
| UIRRE, MANUEL & MERCED | MURDER | 04/27/94 | 9427980 |

Beginning on 04/22/94 the following evidence collected from 220 Schell was processed by
Criminalistics for possible latent fingerprints:

item # 3: television remote control
item # 4: Elvis 8-track cassette
item #16: broken glass mug w/blood
item #17: broken glass w/blood
item #21: garbage can lid
item #22: AT&T beige telephone
item #26: ceramic bird
item #27: three (3) Memorex cassettes, one (1) Maxell cassette, one (1) Scotch BX cassette,
          one (1) "The Pacesetters" cassette, one (1) "Aquiero Alabarte" cassette
item #28: front panel on Sound Design cassette storage compartment
item #29: quartz mantle clock
item #30: brown plastic ashtray
item #32: gold colored aluminum ashtrays
item #34: brownish tan colored handgun case
item #35: key chain w/five (5) keys and photo of Aguirre family, application for "Silver
          Advantage" discount card
item #36: brown vinyl VCR cover
item #37: one (1) package Puffs pads, 0ne (1) yellow comb
item #38: off-white colored handbag, ten (10) assorted credit/charge cards
item #42: piece of kitchen wall
item #80: twenty-one (21) assorted record albums
item #81: white ceramic duck
item #82: four (4) glass bowls

With the exception of item #42, all of the above mentioned items were superglued to preserve
and enhance any possible latent fingerprints.  All items were dusted with black fingerprint
powder and examined for latent fingerprints.  Item #38, the handbag, was also treated with
Rhodamine 6G and examined with the Spectra-Physics Series 2000 argon laser with negative
results.

Latent fingerprints were lifted from the following items:

| | | |
|---|---|---|
| item #3 | item #28 | item #38 |
| item #16 | item #30 | item #80 |
| item #21 | item #27 | item #81 |
| item #22 | item #36 | item #82 |
| item #26 | item #37 | |

The latent fingerprints lifted from the above items were placed on forty (40) O.P.D. Latent
Fingerprint cards, logged in and filed.  Latent fingerprints lifted at the scene, 220 Schell,
were placed on thirty-eight (38) O.P.D. Latent Fingerprint cards which were logged in and
filed..

Latent fingerprints lifted at the scene were from the following items:

| | | |
|---|---|---|
| 1 - brown ice cream cookie jar | 4 - sink handle | 7 - furnace |
| 2 - coffee pot | 5 - door knob | |
| 3 - hood of the car | 6 - glass door, frosted | |

| REPORTING OFFICER | | APPROVED BY | COPIES | | | |
|---|---|---|---|---|---|---|
| Cpl J.G. Rexer | 5028 | 1143 | PERSONS | JUVENILE | PROPERTY | |
| B.H. Lambert | 5184 | | TO: | NARCOTICS | TRAFFIC | OTHER |
| N.G. Hamilton | 5220 | | | | | |

White-I.D. / Yellow-C.I.D. / Pink-P.I.C.

PAGE 1 OF 2

## NARRATIVE REPORT

| VICTIM, LAST, FIRST, MIDDLE | OFFENSE | DATE | CASE NO. |
|---|---|---|---|
| UIRRE, MANUEL & MERCED | MURDER | 04/27/94 | 9428980 |

All latent fingerprints of A.F.I.S. quality have been entered into the system. All seventy-eight (78) O.PDD. Latent Fingerprint cards are being retained, logged and filed. All evidence has been tagged, invoiced and placed into storage.

No other



| REPORTING OFFICER | Cpl J.G. REKER | PSN 4028 | APPROVED BY | COPIES | PERSONS | JUVENILE | PROPERTY |
|---|---|---|---|---|---|---|---|
| | B.H. LAMBERT | 5184 | 1147 | TO: | NARCOTICS | TRAFFIC | OTHER |
| White-I.D. / Yellow-C.I.D. / Pink-P.I.O. | N.B. HAMILTON | 5220 | | | | | |

PAGE _2_ OF _2_