# EXHIBIT 11

# ODESSA POLICE DEPARTMENT
## METRO HOMICIDE UNIT
## NARRATIVE REPORT

| VICTIM, LAST, FIRST, MIDDLE | OFFENSE | DATE | CASE NO. |
|---|---|---|---|
| AGUIRRE, MANUEL<br>AGUIRRE, MERCED | CAPITAL MURDER | 4/22/94 | 9427980 |

APRIL 23, 1994 - SATURDAY

Autopsies began on the Aguirre's at 9:00 a.m., finished at 5:10 p.m.

The female was found to have approximately 57 stab wounds about her person, not including the incise wounds, which were numerous. The Male Victim was found to have 11 stab wounds with multiple incise wounds. Both male and female's <u>stomach contents showed recent intake of food. The items were still slightly undigested, which would include green chilies and tomatoes</u>. The female was found to have a still undigested pill. The clothing on the female, which was a nightgown and a robe. On the female subject, a noticeable wound was to the left side of the neck, which penetrated all the way through and cut the carotid artery and penetrated the tongue. **DR. SPARKS VEASEY** indicated that the knife would most likely be a kitchen or butcher-style knife. He also indicated that at the end or the tip of the knife, there showed a tapering. Criminalistics **OFFICERS BRETT LAMBRETT AND GAIL HAMILTON** attended the autopsies and took necessary photographs and collected the necessary evidence. After the autopsy, **SGT. J. SANDERS**, who was also in attendance at the autopsy, and myself, returned to the station,

| REPORTING OFFICER | PSN | APPROVED | COPIES  HOMICIDE _XXX_  PERSONS ____  JUVENILE ____ |
|---|---|---|---|
| DETECTIVE SGT. SNOW ROBERTSON<br>METRO HOMICIDE UNIT | 3444 | 3444 | TO          PROPERTY ____  NARCOTICS ____  TRAFFIC ____ |

White-RECORDS / Yellow-C.I.B. / Pink-P.I.O.

## ODESSA POLICE DEPARTMENT
## METRO HOMICIDE UNIT
## NARRATIVE REPORT

| VICTIM, LAST, FIRST, MIDDLE | OFFENSE | DATE | CASE NO. |
|---|---|---|---|
| AGUIRRE, MANUEL<br>AGUIRRE, MERCED | CAPITAL MURDER | 4/22/94 | 9427980 |

where we picked up the Luminol Chemicals.

7:30 p.m.    Had dispatch check the log and find out who called in on the subject trying to start fires in a vacant building yesterday, about 6:45 or 7:00. Dispatch advised that it was call #385257, the address was 806 S. Lee. The call came from a **MARY SOTELO** at 308 Monticello, phone number 332-6549. **SGT. J. SANDERS** and myself went over to the address and checked the location and found no one inside the abandoned house.

8:00 p.m.    **SGT. J. SANDERS** and myself returned to 220 Schell, follow-up investigation.

8:10 p.m    **SGT. J. SANDERS** began preparing the Luminol Mix and I began checking the refrigerator for any items that could have been eaten for dinner last night. There is one half cut tomato on the door of the refrigerator. There's flour tortillas, different types of salsa, potato salad, refried beans, some roast beef-all look like left-overs. Nothing else noteworthy. It should also be noted that no red peppers similar to the ones found by the body of **MERCED AGUIRRE** were found in the refrigerator or anywhere else in the house.

| REPORTING OFFICER | PSN | APPROVED | COPIES HOMICIDE XXX PERSONS ____ JUVENILE ____ |
|---|---|---|---|
| DETECTIVE SGT. SNOW ROBERTSON<br>METRO HOMICIDE UNIT | 3444 | 3444 | TO      PROPERTY ____ NARCOTICS ____ TRAFFIC ____ |

White-RECORDS / Yellow-C.I.B. / Pink-P.I.O.

## ODESSA POLICE DEPARTMENT
## METRO HOMICIDE UNIT
## NARRATIVE REPORT

| VICTIM, LAST, FIRST, MIDDLE | OFFENSE | DATE | CASE NO. |
|---|---|---|---|
| AGUIRRE, MANUEL<br>AGUIRRE, MERCED | CAPITAL MURDER | 4/22/94 | 9427980 |

8:30 p.m.   Began the second Luminol Test. We conducted the first as a control sample, on known blood, which was in the kitchen. The Luminol did luminesce as it is required to do when it reacts with a blood agent. Moved to the northwest bathroom area, at which time, we noticed dark colored hairs inside the tub, at which time, they were collected and placed into an evidence bag and sealed. We then processed the bathroom with Luminol. Some areas luminesced, along the tub and the sink area mainly.

8:58 p.m.   We reprocessed the area where the female victim was laying and there was what appeared to be a hand print underneath the area that was cut out earlier, yesterday. However, there was no detail to it.

9:15 p.m.   Follow-up investigation at the scene is completed. Scene was then released; evidence barriers, removed.

9:45 p.m.   I contacted **MANUEL** AND FERNANDO AGUIRRE, the sons of the two victims. I advised them that the scene had been released and requested they go over to the residence tomorrow and check for any missing items and document said items as fully as possible. I also requested them to check for any items of less value that could have a proprietary interest to another individual. **MANUEL**

| REPORTING OFFICER | PSN | APPROVED | COPIES HOMICIDE _XXX_ PERSONS ____ JUVENILE ____ |
|---|---|---|---|
| DETECTIVE SGT. SNOW ROBERTSON<br>METRO HOMICIDE UNIT | 3444 | 3444 | TO       PROPERTY ____ NARCOTICS ____ TRAFFIC ____ |

White-RECORDS / Yellow-C.I.B. / Pink-P.I.O.