# Exhibit 12

DATE: 05/06/94

CASE # 9427980

NAME: JULIAN OLIVAREZ                    DOB:            POB: SNYDER, TX.

RES. ADDRESS:                                                    PHONE: NONE

BUS. ADDRESS:                                                    PHONE:

PERM. RELATIVE: LINDA MAY OLIVAREZ    WIFE      622 S. LINCOLN    RES. PHONE: NONE
                name                 title      address          BUS. PHONE:

                                                                 RES. PHONE: UNKNOWN
PERM. RELATIVE: LINDA ALVARADO    MOTHER        SNYDER, TX.       BUS. PHONE:
                name                 title      address
                                                                 RES. PHONE:
CLOSE FRIEND :                                                   BUS. PHONE:
                name                            address

My name is Julian Olivarez. I am 21 years old. I live at                    . I
have lived in Odessa since I was six years old. I completed the 9th grade in
school. I do read, write, and understand the English language. On Thursday,
April 21, 1994 I got home around 11 pm. My wife, Linda, told me about Michael
Gonzales coming over to our house. She said that he was acting like he had just
done something, real hyper. She said that he left Martha and baby at the house.
Michael then left with Jesse Perkins and some lady in a truck. When he left he
had some clothes that he had in a plastic bag. The next time I saw Michael was
a week later. It was Friday, April 22, 1994 around 10 PM. I was stopped at the
stop sign at Schell and Lincoln. My wife was with me. Michael came out of
Donica's on the corner, where Rito stays. Michael came up to me and told me to
go by his house, that he had some things that he wanted to look at to see if we
wanted to buy any. My wife and I got off at his house and went through the back
door. He told us to park in the back. We went in. Martha, and the baby were
there. We went to his room and opened up his closet and there was a microwave,
vcr, and stereo, and some speakers inside a crib. Under a pillow on his bed was
camera, a Canon — black with a flash that moved up and around. Michael then said
check it out, and we then went in his mom's room. There's a big old dresser
against the wall. He told me to lift it up, and when I did, Michael pulled out
underneath the dresser a silver pistol with white handles. It was a revolver,
and it was a .22. It wasn't loaded. He just showed it to me. He then told me
to lift the dresser up again, and he put it back underneath. My wife liked the
microwave. I told him that I may be interest in the microwave. He wanted to get
rid of everything. He said their on to me. He said that their going to send me
away. He looked like he was all wired up. He said all right man, I'll come over
to your house in a little bit. Michael called Martha in the bedroom and he said
that we were interested in the microwave, and he would get her another one later.
Martha said OK. We then left Michael's, and went home. We got home right after
this. About five minutes later Michael showed up in a white little car. I think
it was Rito's. It was a hatch back. I went outside when I saw him pull up. He
opened the hatch back, and there was a microwave and vcr. He let me have the
microwave for twenty dollars. I really didn't want the vcr. He asked me if he
could leave it there, that he didn't want to have it anywhere around him. I told
him OK. I also remember that Michael asked me for some shells for the revolver.
He told me he needed shells for a 22. I gave him some in a blue box. It had
about 10 or 11 bullets. The stereo, a Sound Design, dual tape decks, turntable,
and build in equalizer, and inside the cabinet it was missing black strips, and
some speakers about three feet high. It was like a two color stereo, pink and
blue. I think that was it. I like the stereo, and he left it too. I was going
to buy it from Michael, but he came and got it the next Thursday. He then said,
I'll see you Friday. I asked him if I could sell it, how much did he want for
the vcr. He said he wanted $40.00 for it. I gave him $20.00 for the microwave.
It was a twenty dollar bill. He then left. I hadn't seen him till the next
Thursday, which was April the 28th, 1994. It was around 2 or 3 pm. I didn't go
to work that day. Michael was with Rito, and Daniel Lugo. There were in Rito's
car. They just showed up at the house. Michael told me he wanted the stereo
back. I told him I thought I could wait till Friday to pay him. He said that
he already had it sold; so I told him to go ahead and take it. I was mad because
he was taking it, so I wouldn't help Michael put it in the car. Daniel went and
help Michael get the Sound Design out of my son's room. Rito held open the hatch
back, when Michael and Daniel put it inside. They took off. I left too and
drove around, because he took the stereo while my son watched. It was going to
be his. On the next after Michael had left the stereo, microwave, and vcr at my
house, which would have been during the weekend of April 22nd or 23rd, my cousin,
Tony came over to the house. We were there in the kitchen and he asked where I
had gotten the microwave.

CONTINUED ON PAGE TWO

I told him that Michael had sold it to me. He asked me if I wanted to get rid of it. My old lady had already heard about the two people being killed who lived next to Michael and she told me she didn't want any of that stuff at the house. I told him to give me his microwave and he could take that one because it was bigger. We just swapped. I asked him if he could fix the vcr, because I had tried it and it didn't work. I told him if he could fix it he could have it for forty bucks. So he took it. Today, Detectives came to my house, and asked me to come with them to talk. I said alright. I then told them about what had happened and they asked me if I could get the microwave and the vcr back from my cousin. I told them I could. Sgt. Robertson gave me $25.00 to get it back from my cousin. My wife and I went out to Tony's and got the vcr and microwave from him. I told him that I needed them back, and I gave him back his microwave. I then called Sgt. Robertson's pager and I met him at the Odessa Police Department, where I gave him the vcr and microwave. I want to say that I was at work on April 21, 1994. I went to work at 8 am and got home about 11 pm that night. I work with Odis Hawkins Home Improvement. His phone number is 362-3818 and in the mornings he picks me up for work. I didn't even know those old people were hurt. I think Michael did the murders. He acts wild. He's a Junkie.



I have read the __2__ page(s) of this statement, and the facts contained herein are true and correct. This statement was started at _9:20_ PM and was finished at _10:28_ PM, on this date, by _DETECTIVE SERGEANT SNOW ROBERTSON - METRO HOMICIDE_ .

_____
AFFIANT

SUBSCRIBED AND SWORN TO BEFORE
ME BY AFFIANT, THIS THE _6TH_
DAY OF _MAY_ A.D., 19 _94_ .

JOE CONN
Notary Public
State of Texas
My Comm. Exp. 6-6-94

_____
NOTARY PUBLIC FOR ECTOR COUNTY, TEXAS