# EXHIBIT 15

# TEXAS DEPARTMENT OF PUBLIC SAFETY

5805 N. LAMAR BLVD. • BOX 4087 • AUSTIN, TEXAS 78773-0001

JAMES R. WILSON
DIRECTOR

DUDLEY M. THOMAS
ASST. DIRECTOR

CRIME LABORATORY DIVISION
P.O. BOX 4143
AUSTIN, TEXAS 78765-4143
512/465-2105

COMMISSION
ROBERT B. HOLT
CHAIRMAN
RONALD D. KRIST
ALBERT B. ALKEK
COMMISSIONERS

January 13, 1995
Preliminary Report

TO: B H LAMBERT
ODESSA POLICE DEPT
205 N GRANT
ODESSA, TX 79761

SUBJECT: L-232609; Capital Murder; Ector County; 04-21-94; Manuel Aguirre and Merced Aguirre, victims; Jesse Perkins and Michael Dean Gonzales, suspects

DATE RECEIVED: May 20 and December 8, 1994

METHOD OF SUBMISSION: In person from Sgt. S. Robertson and by FedEx #3417841781

EVIDENCE SUBMITTED:
Submitted May 20, 1994
Among other evidence

5. Hairs and fibers from living room
13. Board from threshold to kitchen from living room
15. Hairs and fibers from kitchen
16. Broken glass container
17. Broken glass
18. Blue house slipper
19. Piece of tile
23. Three (3) pieces of board
24. Hair from the utility room
25. Tiling
39. Hair from NW bathroom in bathtub
42. Piece of wall from kitchen
43. Body bag (Manuel Aguirre)
44. Four (4) envelopes containing head and pubic hair and fingernail clippings from Manuel Aguirre's body
47. Armchair cover
49. Gray trousers taken from Manuel Aguirre's body at the scene
50. White T-shirt taken from Manuel Aguirre's body at the scene
51. One (1) pair of blue jeans with brown leather belt with buckle belonging to Jose Urias
52. One (1) t-shirt belonging to Jose Urias
53. One (1) shirt belonging to Jose Urias
56. One (1) pair of socks belonging to Jose Urias
57. One (1) pair of shoes belonging to Jose Urias

**REQUESTED ANALYSIS:** Determine the presence, origin and type of blood and/or trace evidence

**RESULTS OF ANALYSIS:** A presumptive test for the presence of blood was **POSITIVE** on items 25 (tiling), 53 (shirt) and 109 (P-trap,kitchen sink). A confirmatory test for the presence of human blood was **NEGATIVE** on these items and no further tests were conducted.

A presumptive test for the presence of blood was **NEGATIVE** items 56 (socks), 57 (tennis shoes), 94 (brown shorts), 95 (tank top shirt), 98 (black jeans), 99 ( blue jeans), 100 (sweat shirt), 101 (space heater), 112 (knives), 115 and 116 (pieces of carpet).

Human blood was detected on items 13 (wood board), 16 (broken glass container), 17 (broken glass), 18 (house shoe), 19, (piece of tile), 23 (pieces of board), 42 (wall), 47 (Armchair cover), 49 (trousers), 50 (t-shirt), 51 (blue jeans), 52 (t-shirt), 58 (towel), 76 (latent print), 89 (pants), 121 (flannel shirt), 73 and 74 (fingernail clippings).

The following were the genetic markers detected from the human blood stains:

| ITEM | ABO | PGM Sub |
|---|---|---|
| 13 - wood board | A | No result |
| 16 - broken glass container | A | No result |
| 17 - broken glass | AB/H | No result |
| 18 - house shoe | A | No result |
| 19 - piece of tile | AB/H | No result |
| 23 - pieces of board | AB | No result |
| 42 - wall | A/H | No result |
| 47 - armchair cover | Inconclusive | 1+, 1+ |
| 49 - trousers | A | No result |
| 50 - t-shirt | Inconclusive | No result |
| 51 - blue jeans | Inconclusive | 1+, 2- |
| 52 - t-shirt | Inconclusive | No result |
| 58 - towel | Inconclusive | No result |
| 76 - latent print | A | No result |
| 89 - pants | Quantity not sufficient | Quantity not sufficient |
| 121 - flannel shirt | Inconclusive | No result |
| Manuel Aguirre | A | 1+, 1+ |
| Merced Aguirre | AB | 1+, 2- |
| Michael D. Gonzales | H | 1+, 1+ |
| Jesse Perkins | O | 1+, 2- |

Hair recovered from items 5 ( living room) 15 ( kitchen), 39 (bath tub), 59 (body bag - Merced Aguirre), 62 (house coat), 67 (left foot - Merced Aguirre) were found to contained similar

EVIDENCE SUBMITTED CONTINUED:

58. One (1) Towel
59. One (1) body bag (Merced Aguirre)
60. Blue house shoe
61. One (1) pair of panties belonging to Merced Aguirre
62. One (1) house coat
63. One (1) sleeping gown
66. One (1) hair removed from Merced Aguirre's buttock
67. One (1) hair removed from the left foot of Merced Aguirre
70. Pulled pubic hairs from Merced Aguirre
71. Pubic hair combings from Merced Aguirre
72. Left hand fingernail clippings from Merced Aguirre
73. Right hand fingernail clippings from Merced Aguirre
74. Pulled head hair from Merced Aguirre
76. Latent shoe print
78. One (1) Dalchem kit from Michael D. Gonzales in sealed condition. When the kit was opened it contained one (1) whole blood specimen from Michael D. Gonzales, pulled head hairs and pulled pubic hairs.
89. Gray pants
91. Hair removed from item 89
94. One (1) pair of brown shorts belonging to Michael D. Gonzales
95. One (1) blue tank top belonging to Michael D. Gonzales
98. One (1) pair of black jeans
99. One (1) pair of blue jeans
100. Blue sweat shirt
101. One (1) space heater
104. Vaccumings from 218 W. Schell, living room
105. Vaccumings from 218 W. Schell, south bedroom
106. Vaccumings from 218 W. Schell, hallway
107. Vaccumings from 218 W. Schell, north bedroom
108. Vaccumings from 218 W. Schell, bathroom
109. Contents in P-trap at 218 W. Schell, kitchen sink
110. Contents in P-trap at 218 W. Schell, bathroom sink
111. Vaccumings from 218 W. Schell, kitchen
112. Two (2) knives
115. One (1) piece of carpet, south bedroom
116. One (1) piece of carpet, living room
121. One (1) multi-colored flannel shirt
122. Hair found on item 121
128. Container with gauze patches with the victims' blood

Submitted December 8, 1994

1. One (1) EDTA whole blood specimen from Jesse Parkins, pulled head hair and pulled pubic combings.

## NARRATIVE REPORT

| VICTIM, LAST, FIRST, MIDDLE | OFFENSE | DATE | CASE NO. |
| --- | --- | --- | --- |
| | CAPITOL MURDER | 04-26-94 | 9427980 |

04-26-94

MYSELF AND DETECTIVE CALLENDAR WERE ADVISED THAT WE NEEDED TO CONTACT ALL MINOR EMERGENCY CENTERS IN MIDLAND AND ODESSA AND THE SURROUNDING CITIES AND SEE IF THEY HAD ANYONE COME IN WITH A LACERATION ON THE HAND AREA.

THE FIRST PLACE THAT WE CONTACTED WAS THE FAMILY PRIMARY MEDICAL CENTER LOCATED AT 4702 E. UNIVERSITY. THE SUBJECT THAT WE TALKED TOO WAS A SUSAN GRIFFIN. SHE ADVISED THAT THEY DID NOT HAVE ANYONE THAT CAME IN WITH A LACERATION ON THE HAND AREA.

THE NEXT PLACE WE WENT TOO WAS THE PRIMARY MEDICAL CENTER LOCATED AT 3051 E. UNIVERSITY. THEY ALSO ADVISED THAT THEY DID NOT HAVE ANYONE COME IN WITH A LACERATION ON THE HAND AREA.

04-27-94

MYSELF AND DETECTIVE CALLENDAR CONTACTED A CONNIE NASH AT MIDLAND MEMORIAL HOSPITAL. SHE LOOKED THROUGH THE RECORDS AND ADVISED THAT THEY DID NOT HAVE ANYONE COME IN WITH A LACERATION ON THE HAND AREA.

THE NEXT PLACE THAT WE CONTACTED WAS FIRST CARE CENTER LOCATED AT 200 ANDREWS HIGHWAY IN MIDLAND. WE TALKED WITH A USHA HERRAMEN. THEY ADVISED THAT THEY DID NOT HAVE ANYONE COME IN WITH A LACERATION ON THE HAND AREA.

THE NEXT PLACE WE CONTACTED WAS PRIMARY MEDICAL CLINIC LOCATED AT 3400 ANDREWS HIGHWAY IN MIDLAND. WE TALKED WITH A STEPHANIE. SHE GAVE ME ONE NAME OF A PERSON THAT CAME IN WITH A LACERATION ON THE LEFT PALM. THE SUBJECT WAS A ALBERT CARLTON, D.O.B.04-15-36, ADDRESS 2611 W. WADLEY IN MIDLAND. THIS WAS THE ONLY SUBJECT THAT THEY HAD ON RECORD.

THE NEXT PLACE THAT WE CONTACTED WAS THE FAMILY PRACTICE MINOR EMERGENCY CARE CENTER LOCATED AT W. UNIVERSITY AND N.W. COUNTY ROAD. WE TALKED WITH A JULIE GLOVER. SHE ADVISED THAT THEY HAVE NOT HAD ANYONE COME IN WITH A LACERATION TO THE HAND AREA.

04-28-94

I CONTACTED THE CRANE HOSPITAL. I TALKED WITH THE EMERGENCY ROOM HEAD NURSE AND SHE ADVISED ME THAT THEY HAVE NOT HAD ANYONE COME IN WITH A LACERATION TO THE HAND AREA.

| REPORTING OFFICER | PSN | APPROVED BY | COPIES TO: |
| --- | --- | --- | --- |
| R.H. Ham [signature] | 4841 | | PERSONS ___ JUVENILE ___ PROPERTY ___ NARCOTICS ___ TRAFFIC ___ OTHER ___ |

White-I.D. / Yellow-C.I.D. / Pink-S.I.D.

## NARRATIVE REPORT

| VICTIM, LAST, FIRST, MIDDLE | OFFENSE | DATE | CASE NO. |
|---|---|---|---|
| | CAPITOL MURDER | 04-26-94 | 9427980 |

I THEN CONTACTED THE KERMIT HOSPITAL. I TALKED WITH THE EMERGENCY ROOM NURSE AND SHE ADVISED ME THAT THEY HAVE NOT HAD ANYONE COME IN WITH A LACERATION TO THE HAND AREA.

I THEN CONTACTED THE ANDREWS HOSPITAL AND TALKED WITH THE EMERGENCY ROOM NURSE. SHE ADVISED THAT THEY HAVE NOT HAD ANYONE COME IN WITH A LACERATION TO THE HAND AREA.

I THEN CONTACTED THE MONAHANS HOSPITAL AND TALKED WITH THE EMERGENCY ROOM NURSE. SHE ADVISED THAT THEY HAVE NOT HAD ANYONE COME IN WITH A LACERATION TO THE HAND AREA.

04-29-94

I CONTACTED PHYLLIS BLANCO AT MEDICAL CENTER HOSPITAL. I ADVISED HER THAT I NEEDED THE NAME OF ANY SUBJECT THAT CAME INTO THE EMERGENCY ROOM WITH A LACERATION ON THE HAND AREA. PHYLLIS BLANCO GAVE ME A LIST OF NAMES. A GRAND JURY SUBPOENA WAS SERVED TO PHYLLIS BLANCO TO GET THE NAMES OF THE SUBJECTS.

I LOOKED IN THE COPS COMPUTER ON THE NAMES THAT PHYLLIS BLANCO GAVE ME. I GOT THE DATE OF BIRTH OF THE SUBJECTS THAT PHYLLIS BLANCO GAVE ME. SHE ALSO GAVE ME THE ADDRESSES OF THE SUBJECTS ALSO.

THE SUBJECTS NAME THAT PHYLLIS BLANCO GAVE ME WERE A RHONDA BEASLEY, WHITE FEMALE, DATE OF BIRTH 12-08-69, 613 EXPRESSWAY #35. A NOEL MARQUEZ, WHITE MALE, DATE OF BIRTH 02-25-69, 4801 OAKWOOD #1006. A INEZ PATINO, WHITE MALE, DATE OF BIRTH 02-04-61, 1143 W. LINBERG, A STEPHEN GILLILAND, WHITE MALE, DATE OF BIRTH 12-29-62, 2052 COAHUILA #27 AND A BOBBY WASHINGTON, BLACK MALE, DATE OF BIRTH 11-21-70, [illegible] WABASH.

05-03-94

I CONTACTED ALL THE NAMES THAT PHYLLIS BLANCO GAVE ME FROM MEDICAL CENTER HOSPITAL. THE SUBJECTS THAT I TALKED WITH HAD CONFIRMED REASONS FOR THE INJURY THAT THEY SUFFERED. I ALSO CONTACTED THE SUBJECT IN MIDLAND BY TELEPHONE AND HIS INJURY WAS WORK RELATED.

| REPORTING OFFICER | PSN | APPROVED BY | COPIES TO: |
|---|---|---|---|
| [signature] | | | PERSONS ____ JUVENILE ____ PROPERTY ____ NARCOTICS ____ TRAFFIC ____ OTHER ____ |

# NARRATIVE REPORT

| VICTIM, LAST, FIRST, MIDDLE | OFFENSE | DATE | CASE NO. |
|---|---|---|---|
| AGUIRRE, MANUEL AND MERCED | MURDER | 04/22/94 | 9427980 |

AT APPROXIMATELY 1250 HOURS, SGT. H THOMAS REQUESTED CRIMINALISTICS TO PERFORM A TRACE METAL TEST ON SUSPECT MICHAEL GONZALES. AT APPROXIMATELY 1255 HOURS, THE TRACE METAL TEST WAS STARTED AND FINISHED AT 1335 HOURS. THE RESULTS OF THE TRACE METAL TEST ARE ATTACHED TO THIS REPORT. THE BUFF COLORED AREAS ARE AREAS WHICH HAVE BEEN IN CONTACT WITH LEAD OR LEAD ALLOY, BUT NO TRACING IS CONSISTANT WITH A WEAPON.

NO OTHER

| REPORTING OFFICER | PSN | APPROVED BY | COPIES TO: |
|---|---|---|---|
| N.G. HAMILTON | 5220 | 1143 | ✓ PERSONS ___ NARCOTICS ___ JUVENILE ___ TRAFFIC ___ PROPERTY ___ OTHER ___ |

White-I.D. / Yellow-C.I.D. / Pink-P.I.D. PAGE 1 OF 2

**NARRATIVE REPORT**

| VICTIM, LAST, FIRST, MIDDLE | OFFENSE | DATE | CASE NO. |
|---|---|---|---|
| AGUIRRE, | MURDER | 04.22.94 | 942798 |
| GONZALES, MICHAEL | TIME START 1255 | TIME END 1335 | |

| REPORTING OFFICER | PSN | APPROVED BY | COPIES TO: |
|---|---|---|---|
| N G. HAMILTON<br>NG Hamilton | 5220 | 1143 | ✓ PERSONS ___ JUVENILE ___ PROPERTY<br>NARCOTICS ___ TRAFFIC ___ OTHER ___ |

## NARRATIVE REPORT

| VICTIM, LAST, FIRST, MIDDLE | OFFENSE | DATE | CASE NO. |
|---|---|---|---|
| AGUIRRE, | MURDER | 04/22/94 | 9427980 |
| NAME GONZALES, MICHAEL | TIME START 1255 | TIME END 1335 | |

| REPORTING OFFICER | PSN | APPROVED BY | COPIES TO: |
|---|---|---|---|
| N.G. HAMILTON NG Hamilton | 5220 | 1143 | ✓ PERSONS ___ JUVENILE ___ PROPERTY ___ NARCOTICS ___ TRAFFIC OTHER ___ |

Case # 9427980

WITNESS STATEMENT

Date: 04-22-94 PAGE # one

NAME: JOSE LOUIS URIAS DOB: 07-20-57 POB: ODESSA, TX.

RES. ADDRESS: 1231 S. TEXAS PHONE: 332-5045

BUS. ADDRESS: PHONE:

PERM. RELATIVE: RUDY URIAS (name) BROTHER (title) SAME (address) RES. PHONE: SAME BUS. PHONE:

PERM. RELATIVE: (name) (title) (address) RES. PHONE: BUS. PHONE:

CLOSE FRIEND : (name) (address) RES. PHONE: BUS. PHONE:

I READ AND WRITE THE ENGLISH LANGUAGE. I HAVE GRADUATED FROM ECTOR HIGH SCHOOL. I WOULD LIKE TO MAKE A STATEMENT ABOUT WHAT I KNOW ABOUT THE DEATHS OF THE MAN AND WOMAN THAT LIVE AT SCHELL.

I SAW THE OLD MAN AND WOMAN AT ABOUT 2:00PM IN THEIR YARD. I TALKED TO THE MAN AND WOMAN FOR A WHILE. I HAD BEEN AT MY HOUSE WITH MY BROTHER AND WE WERE DRINKING. MY BROTHER RUDY URIAS AND I GOT INTO A FIGHT AND HE BEAT ME UP. THAT IS WHY I HAVE A BLACK EYE AND A CUT OVER MY EYE AND ON MY FOREHEAD. IF YOU CALL MY BROTHER HE WILL TELL YOU THAT WE GOT INTO A FIGHT.

AFTER FIGHTING WITH MY BROTHER I ASKED LARRY GALINDO IF I COULD STAY AT HIS RESIDENCE FOR THE NIGHT. LARRY SAID THAT I COULD STAY IN THE STORAGE BUILDING AT HIS HOUSE. THE STORAGE HAS A COT AND SOME CLOTHES. I STAYED IN THE STORAGE AND IT WAS ABOUT FOUR IN THE MORNING. I DID NOT HEAR ANYTHING DURING THE NIGHT. IF THERE HAD BEEN A SHOT I BELEIVE THAT I WOULD HAVE HEARD IT.

I KNOW ERNIE AUGIRRE, HE TAKES CARE OF THE PEOPLE'S YARD BECAUSE THEY ARE OLD. I BELIEVE THAT ERNIE IS RELATED TO THE PEOPLE. ERNIE LIVES IN THE AREA OF ROXANNA AND RUTH. WHOEVER RIPPED THESE PEOPLE OFF DID NOT GET ANYTHING BECAUSE THEY DID NOT HAVE ANY MONEY. I DO NOT BELIEVE THAT ERNIE HAD ANYTHING TO DO WITH THE KILLING.

I HOPE THAT I AM NOT A SUSPECT IN THE KILLING. I KNEW THAT YOU WERE GOING TO TALK TO ME BECAUSE I HAD BLOOD ON MY CLOTHING. I GOT THE BLOOD DURING THE FIGHT WITH MY BROTHER. I DID NOT COMMIT THIS OFFENSE. I DO NOT KNOW WHO WOULD HURT THESE PEOPLE, I JUST KNOW THAT I DID NOT DO IT I SWEAR TO GOD.

I have read the one page(s) of this statement, and the facts contained herein are true and correct. This statement was started at 2:00P M and was finished at 2:31 P M, on this date, by Detective S.L. CALLENDAR.

[signature]
AFFIANT

ROSELLE COOK
Notary Public
State of Texas
My Comm. Exp. 7-19-96

SUBSCRIBED AND SWORN TO BEFORE ME BY AFFIANT, THIS THE 25th DAY OF APRIL A.D., 1994.

[signature]
Notary Public

microscopic characteristics as the known hair of Merced Aguirre. Hair recovered from item 47 (Armchair cover) was found to contain similar microscopic characteristics as the known hair of Manuel Aguirre. Hair recovered from item 121 (flannel shirt) was found to be of animal origin (Cat).

Hair recovered from items 24 (Utility room), 53 (shirt), 58 (towel), 91 (hair from gray pants #89), 94 (shorts), 99 (blue jeans) and 101 (space heater) were found to contain DIFFERENT microscopic characteristics as the known hairs of Manuel Aguirre, Merced Aguirre, Michael D. Gonzales and Jesse Perkins.

It is noted that hair does not posses a sufficient number of unique individual microscopic characteristics to be positively associated with a particular person to the exclusion of all others.

Items which were found to contain human blood were submitted to the DNA Lab for PCR testing and a report will be issued as soon as results become available.

DISPOSITION OF EVIDENCE: The evidence is ready for pick-up at your earliest convenience.

Gustavo De León, Criminalist III
Serology/DNA Section

Irma Rios, Supervisor
Serology/DNA Section