# EXHIBIT 18

COUNTY OF ECTOR                                                                    CASE #9427980

I, JESSE MONTY WAYNE PERKINS                    have been duly warned by Detective Sgt.

Snow Robertson                                  , Detective Sergeant - Metro Homicide
        (NAME)                                              (POSITION)

the person to whom this statement is made, of the crime I am charged with or suspected of, and, that I have the right to have a lawyer present to advise me before any questioning and during any questioning, and that I have the right to have a lawyer appointed to counsel with me before and during any questioning, if I am unable to hire a lawyer, and, that I have the right to say nothing, that I do not have to make any statement at all, and that any statement made by me will be used in evidence against me at my trial. I hereby voluntarily waive these rights, knowing and understanding their meaning, and what they entitle me to, before and during the making of this statement. I have the right to end questioning at anytime. Nobody has abused, threatened, or forced me in any way to make this statement, and nobody gave me anything or promised me anything to make this statement. I do not want to talk to a lawyer before making this statement, and I wish to make the following statement of my own free will.

My name is Jesse Monty Wayne Perkins                    and I was born in Andrews,

Texas                              on the    27th    day of   June

19 76  .

I consider the following address my home: _____ and my

nearest relatives and their addresses are:

Sandra Dow    Sister     Phone: _____

My name is Jesse Monty Wayne Perkins. I am 17 years old. I live at _____, in Odessa, Texas. I completed the 8th grade, and almost all of the 9th grade. I do read, write, and understand the English language. On Thursday, April 21, 1994 I got off of work around 6 pm, and I went home after I got off. I took a shower and got out and started over to Julian's. I was wearing a CYPRESS HILL T-Shirt and purple shorts. Julian's last is Olivarez. Ruby came by and asked me if I wanted a ride. She gave me ride over to Julian's, who lives at 622 S. Lincoln. Ralph Miera is married to Ruby's daughter. Ruby's daughter is Mandy Garza. Ruby drives a blue and gray Ford Ranger Pick-Up. I got over to Julian's. Michael was there at Julian's. Michael is Michael Gonzales. Martha, Michael's wife, is there talking with Julian's wife. Michael came up and asked for a ride. I was sitting in the passenger's seat and the window was down. He told me he had a gun. He raised up his shirt. He had a black T-Shirt on. He had the gun stuck in his pants. He had on blue Dickies, and some Converse Black Tennis Shoes. I saw white handles on the gun. I told him it was fake. He pulled it out. It was chrome. It had a round chamber. He gave it to me and I opened it. It was unloaded. It had eight holes in the chamber and it looked like a .22. I spun the chamber around and gave it back to him. He put it back in his pants. Ruby then gave Michael, Martha, and their baby a ride. I was in the back of the truck. We went over and dropped Martha and the baby off. We then went to the projects. The ones on Jackson. Michael got off and was gone for about 20 or 30 minutes. He came back with some coke. We then went back to his house. The sun was barely going down. We then went inside. Went into the bathroom. Michael showed me the coke. He had 4 twenty's. A twenty is a bag of coke. We then did the coke. Michael did 3 twenties, and I did one. He kept getting spooked. He wanted me to keep checking the windows. I checked and I told him no one was there. I was checking them about every five minutes. He wanted me to do a job with him. Michael pulled the gun out of his pants and pull it on the dresser. I picked up and started playing with it. I put it back down on the dresser. Michael then put it in his drawer. When Michael wanted me to do a job with him, he means do a burglary. I told him no. 12 o'clock came and he wanted to go back to Jackson. I mean the projects. I kept telling him no. He told me not to be like that. He wanted me to do another hit. I said alright and he did another hit. It was 1 o'clock when I left and walked home. I left by the back door and went home. I got home about 1:30 am. JP

I have read the  1  page(s) of this statement, and the facts contained herein are true and correct. This statement was started at  9:10  PM. and finished at  9:41  PM. on this date.

Jesse Perkins
AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME
BY THE AFFIANT, THIS THE  5TH
DAY OF MAY   A.D., 1994

JOSE A. BAEZA
Notary Public
State of Texas
My Comm. Exp. 4-4-98

Jose A. Baeza
NOTARY PUBLIC FOR ECTOR COUNTY, TEXAS