# EXHIBIT 19

COUNTY OF ECTOR                                    Case # 9427980

I, JESSIE MONTY WAYNE PERKINS have been duly warned by Detective Sgt.

Snow Robertson                              , Detective Sergeant
         (NAME)                                      (POSITION)

the person to whom this statement is made, of the crime I am charged with or suspected of, and, that I have the right to have a lawyer present to advise me before any questioning and during any questioning, and that I have the right to have a lawyer appointed to counsel with me before and during any questioning, if I am unable to hire a lawyer, and, that I have the right to say nothing, that I do not have to make any statement at all, and that any statement made by me will be used in evidence against me at my trial. I hereby voluntarily waive these rights, knowing and understanding their meaning, and what they entitle me to, before and during the making of this statement. I have the right to end questioning at anytime. Nobody has mistreated, threatened, or forced me in any way to make this statement, and nobody gave me anything or promised me anything to make this statement. I do not want to talk to a lawyer before making this statement, and I wish to make the following statement of my own free will: JP

My name is JESSIE MONTY WAYNE PERKINS and I was born in ANDREWS,

TEXAS                    on the 27TH           day of JUNE          , 19 76.

I consider the following address my home: ___                    ___ and my

nearest relatives and their addresses are:

SANDRA DOW SISTER  PHONE:              WALNUT ST.  ODESSA, TX

JP My name is Jessie Monty Wayne Perkins. I am 17 years old. I live at _____, in Odessa, Texas. On Thursday, April 21, 1994 around 4 in the afternoon I got over to Michael's. Michael is Michael Gonzales. I walked over there from my house. I went straight to Michael's House. I went to the front door. He answered the door. We went inside and listened to some music for awhile. I was in the living room. Michael was in the bedroom. Martha was sitting on the couch. He was going to make some food in the kitchen. I went in the restroom. When I came back he wasn't there. I looked in all of the rooms, and he was in any of them, so I went out the back door. That's when he was coming out of their house. When I say there house I mean the house that the old people had that are on the piece of paper on your desk. He was carrying that VCR. It was a regular VCR with a dark colored plastic cover with a see through thing on it. I asked what he was doing there. He said he was carrying out the VCR. He said he was watching the house for them, because that was the only thing valuable in there. He then showed me the keys, and said "I got the keys". He gave me the keys and gave me the VCR. My prints will be on that door that he was coming out of, because I pull my hand on the door, when I took the VCR from Michael. I carried it like a book. I took it in through his back door and put it own the couch in the living room. It took awhile for Michael to come in his house. When he showed me the keys to the old people's house. It was on a key ring with alot of other keys. There was a blue car in the driveway of the old people's house. I asked Michael "They trusted you?" and Michael said "Yea, I'm their neighbor". Martha was there all the time. Martha saw the VCR. His mom was in her room. I saw his mom through the crack in door. I stayed there for awhile, an hour or thirty minutes. I then left. The sun was barely going down. Later is when I started walking over to Julian's and Ruby picked me up. That was around 7 or 8 pm. That's when we went over to Julian's and I saw Michael. That's when Michael came and got in the truck with me and Ruby. Martha and the baby got in the front. Michael and I got in the back. Michael had a Fiesta Food Plastic grocery bag. He asked me if I wanted a Flannel, and I said yea, and he gave it to me. He took it out of the bag. It's at my house. It's still hanging up. It was brown and blue. It's an insulated flannel. He took the bag home. The rest on the statement that I gave to you is true and the best that I can remember. I started thinking after the other night and decided to tell the rest. JP
I have read the  one  page(s) of this statement, and the facts contained herein are true and correct. This statement was started at 3:30 P.M. and finished at 4:00 PM. on this date.

Jessie Perkins
AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME BY THE AFFIANT, THIS THE  10th  DAY OF May A.D., 19 94.

Barbara _____
Notary Public in and for Ector County, Texas

BARBARA BICE
My Commission Expires
July 23, 1994