# Exhibit 22

# ODESSA POLICE DEPARTMENT
## METRO HOMICIDE UNIT
## NARRATIVE REPORT

| VICTIM, LAST, FIRST, MIDDLE | OFFENSE | DATE | CASE NO. |
|---|---|---|---|
| AGUIRRE, MANUEL<br>AGUIRRE, MERCED | CAPITAL MURDER | 4/22/94 | 9427980 |

MAY 10, 1994 - TUESDAY

3:00 p.m.  **Investigator B.J. WHITE** contacted me in my office at my request. I then briefed him on the information in **JESSIE PERKINS'** statement and advised him that I wished to talk to Mr. Perkins again. We proceeded to the County Jail, where I picked up **JESSIE MONTY WAYNE PERKINS** and signed him out. I then took him down to the Homicide Office, where Investigator White was waiting. I reminded him of his constitutional rights under the Miranda Decision and we began the interview.

3:30 p.m.  I started the written statement of **JESSIE PERKINS** and concluded the statement at 4:00 p.m. In his statement, he indicated the following.

"On Thursday, April 21, 1994 around 4 in the afternoon I got over to Michael's. Michael is Michael Gonzales. I walked over there from my house. I went straight to Michael's House. I went to the front door. He answered the door. We went inside and listened to some music for awhile. I was in the living room. Michael was in the bedroom. Martha was sitting on the couch. He was going to make some food in the kitchen. I went in the restroom. When I came back he wasn't there. I looked in all of the rooms, and he was in any of them, so I went out the back door. That's when he was coming out of their house. When I say there house I mean the house that the old people had that are on the piece of paper on your desk. He was carrying that VCR. It was a regular VCR with a dark colored plastic cover with a see through thing on it. I asked what he was doing there. He said he was carrying out the VCR. He said he was watching the house for them, because that was the only thing valuable in there. He then showed me the keys, and said "I got the keys". He gave me the keys and gave me the VCR. My prints will be on that

| REPORTING OFFICER | PSN | APPROVED | COPIES TO | HOMICIDE XXX | PERSONS ___ | JUVENILE ___ |
|---|---|---|---|---|---|---|
| DETECTIVE SGT. SNOW ROBERTSON<br>METRO HOMICIDE UNIT | 3444 | 3444 | | PROPERTY ___ | NARCOTICS ___ | TRAFFIC ___ |

MDG-000296

| VICTIM, LAST, FIRST, MIDDLE | OFFENSE | DATE | CASE NO. |
|---|---|---|---|
| AGUIRRE, MANUEL<br>AGUIRRE, MERCED | CAPITAL MURDER | 4/22/94 | 9427980 |

door that he was coming out of, because I pull my hand on the door, when I took the VCR from Michael. I carried it like a book. I took it in through his back door and put it own the couch in the living room. It took awhile for Michael to come in his house. When he showed me the keys to the old people's house. It was on a key ring with alot of other keys. There was a blue car in the driveway of the old people's house. I asked Michael "They trusted you?" and Michael said "Yea, I'm their neighbor". Martha was there all the time. Martha saw the VCR. His mom was in her room. I saw his mom through the crack in door. I stayed there for awhile, an hour or thirty minutes. I then left. The sun was barely going down. Later is when I started walking over to Julian's and Ruby picked me up. That was around 7 or 8 pm. That's when we went over to Julian's and I saw Michael. That's when Michael came and got in the truck with me and Ruby. Martha and the baby got in the front. Michael and I got in the back. Michael had a Fiesta Food Plastic grocery bag. He asked me if I wanted a Flannel, and I said yea, and he gave it to me. He took it out of the bag. It's at my house. It's still hanging up. It was brown and blue. It's an insulated flannel. He took the bag home. The rest on the statement that I gave to you is true and the best that I can remember. I started thinking after the other night and decided to tell the rest."

Upon completion of his statement, I took him before a notary, **BARBARA BICE**, with the Sheriff's Department. Once the statement was notarized, **JESSIE PERKINS** was then returned to the Ector County Jail.

| REPORTING OFFICER | PSN | APPROVED | COPIES TO | HOMICIDE XXX PERSONS ___ JUVENILE ___<br>PROPERTY ___ NARCOTICS ___ TRAFFIC ___ |
|---|---|---|---|---|
| DETECTIVE SGT. SNOW ROBERTSON<br>METRO HOMICIDE UNIT | 3444 | 3444 | | |