EXHIBIT 39

## ODESSA POLICE DEPARTMENT
## METRO HOMICIDE UNIT
## NARRATIVE REPORT

| VICTIM, LAST, FIRST, MIDDLE | OFFENSE | DATE | CASE NO. |
|---|---|---|---|
| AGUIRRE, MANUEL<br>AGUIRRE, MERCED | CAPITAL MURDER | 4/22/94 | 9427980 |

would go in and pray. He stated his father would wear just his slacks and maybe an undershirt and that they would sit in their recliners and watch TV until the weather was over. Then, they would retire, both in the same bedroom, which would be the master bedroom with the king-size bed and that would be the southwest bedroom. With this information at hand along with the data retrieved during the autopsy, the stomach contents, it is most probable that the homicide occurred between 8:00 p.m. and 10:30 p.m. I also mentioned to **MANUEL AGUIRRE** that his mother had a doctor's appointment, I believe it was on Thursday, and advised him that we would be checking into that. A check had been written to the doctor for that appointment and that we would be getting more information about that. The conversation was concluded and I advised them that we would be contacting them later.

APRIL 24, 1994 - SUNDAY

10:12 p.m.   **LT. CARL ROGERS** paged me and when I called him back, he stated that **SUSAN JOHNSON** with Crimestoppers had received a call from a person wanting to give information about the Aguirre murders. He stated that he was supposed to

| REPORTING OFFICER | PSN | APPROVED | COPIES HOMICIDE XXX PERSONS ___ JUVENILE ___ |
|---|---|---|---|
| DETECTIVE SGT. SNOW ROBERTSON<br>METRO HOMICIDE UNIT | 3444 | 3444 | TO PROPERTY ___ NARCOTICS ___ TRAFFIC ___ |

White-RECORDS / Yellow-C.I.B. / Pink-P.I.O.