EXHIBIT 49

## ODESSA POLICE DEPARTMENT
### METRO HOMICIDE UNIT
### NARRATIVE REPORT

| VICTIM, LAST, FIRST, MIDDLE | OFFENSE | DATE | CASE NO. |
|---|---|---|---|
| AGUIRRE, MANUEL<br>AGUIRRE, MERCED | CAPITAL MURDER | 4/22/94 | 9427980 |

JUNE 8, 1994 - WEDNESDAY

1:10 p.m.    **OTIS CLEVELAND HAWKINS**, address of _____, phone _____, came into the Homicide Office in reference to his interview. **MR. HAWKINS** is **JULIAN OLIVAREZ'** boss at the period of time of April 21st and 22nd, 1994. I asked **MR. HAWKINS** if he recalled April 21, 1994 and if he recalled if **JULIAN OLIVAREZ** was working for him at that time. He stated that he didn't really recall a whole lot about that date, but **JULIAN OLIVAREZ** was working for him in a contractor's status. I then asked **MR. HAWKINS** if he had ever gone to play pool with **JULIAN**. He stated that it was about this period of time that he did go play pool with **JULIAN** at a bar on the southside, which he believed was **EL RANCHO GRANDE**. He believed that was a Thursday but wasn't sure. He stated that on that day, **JULIAN** had come to work early in the morning and stayed at work until late that day, at which time, they went to play pool at **EL RANCHO GRANDE**. He stated that it was about 9:30 or later when he'd left, and **JULIAN** was still at the bar. Now this information corresponded with **JULIAN'S** story about the date of April 21, 1994.

| REPORTING OFFICER | PSN | APPROVED | COPIES TO | HOMICIDE XXX PERSONS ___ JUVENILE ___<br>PROPERTY ___ NARCOTICS ___ TRAFFIC ___ |
|---|---|---|---|---|
| DETECTIVE SGT. SNOW ROBERTSON<br>METRO HOMICIDE UNIT | 3444 | 3444 | | |

White-RECORDS / Yellow-C.I.B. / Pink-P.I.O.

PAGE 264