EXHIBIT 64

004353

# Metro Homicide Unit

### Odessa Police Department
### Ector County Sheriff's Office
### Texas Rangers
### Ector County Medical Examiner's Office
### Ector County District Attorney's Office



JUN 2000
Received
Record
Division

Case # & Victim's Name:   OPD Case #9427980-Manuel & Merced Aguirre
Date/time of Interview:     June 7, 2000-Wednesday-10:03 a.m.
Place of Interview:
Person (s) Interviewed:    Martha Reyes
Interviewed By:              Det. Sgt. Larry Bartlett and Det. Cpl. Buzzy Abalos

*Interview Transcribed By Freda Redd Owens, Ector County District Attorney's Office, Metro Homicide Unit.*

004354

ODESSA POLICE DEPARTMENT
METRO HOMICIDE UNIT
OPD CASE #9427980-Manuel & Merced Aguirre

LB:   DET. SGT. LARRY BARTLETT, OPD, MHU
BA:   DET. CPL. BUZZY ABALOS, OPD, MHU
MR:   MARTHA REYES

LB:   Okay.  Today is June the 7th, year 2000.  It's presently 10:03 a.m.  I'm Sgt. Larry Bartlett, assigned to the Metro Homicide, Odessa Police Department.  With me is Det. Buzzy Abalos. We are presently at, uh,                                                       That's the *Oasis Apartments*.  We'll be discussing the Aguirre murders.  With us is a young lady.  Could you identify yourself for the tape?

MR:   Martha Reyes.

LB:   Ma...and what is your full name, Martha?

MR:   Martha Dianna Reyes.

LB:   Okay.  And what's your date of birth?

MR:

LB:   And what's your home address?

MR:

LB:   Okay.  Do you have a home phone?

MR:   Uh, yes, I do.  It's, uh,

LB:   Okay.  Now, Martha, you...I've told you earlier we're gonna read you your Miranda Warning, which gives you your constitutional rights.  Now, we have been talking about the Aguirre case and you have agreed to talk to us about it.  Right?  Okay.  You have the right to remain silent and not make any statements at all and that any statements you make may be used against you in a trial.  Any statements you do make may be used in evidence against you.....you in court.  You have the right to have a lawyer present and advise you prior and during any questioning.  If you are unable to employ a lawyer, you have the right to have a lawyer appointed to advise you prior to and during any questioning.  You have the right to terminate the interview at any time.  Do you understand these rights?

MR:   Yes, sir.

JUN 2000
Received
Record
Division

004355

OPD Case #9427980-Manuel & Merced Aguirre-Taped Interview with Martha Reyes

1  LB:  Okay. Have these rights in mind, when we talk to you. Now, do you still wish to talk to us?
2
3  MR:  Yes.
4
5  LB:  You do? Could you speak up just a little bit?
6
7  BA:  Yeah, you gotta speak up.
8
9  MR:  Uh, yes.
10
11 LB:  Okay. You are aware we are taping this? Right?
12
13 MR:  Yes, sir.
14
15 LB:  Okay. Okay. And you do wish to talk to us?
16
17 MR:  Yes, sir.
18
19 LB:  Okay. Okay, Martha, which—let's go back in time. We're gonna go back to when you were
20       living with Michael Dean Gonzales, at his house with his mother. Do you remember what the
21       address was there on Schell?
22
23 MR:  Uh-uh.
24
25 LB:  Okay.
26
27 MR:  I know it was Schell Street but I don't remember the-the numbers.
28
29 LB:  Okay. What is-what's, uh...what's Michael's mother's name?
30
31 MR:  Epigmenia Gonzales.
32
33 LB:  Okay. Wha-what do they call her? Do they call her...
34
35 MR:  Pam.
36
37 LB:  ...call her Pam?
38
39 MR:  Pam.
40
41 LB:  Pam?
42
43 MR:  But her real name is Epigmenia.

⚶

JUN 2000
Received
Record
Division

004356

OPD Case #9427980-Manuel & Merced Aguirre-Taped Interview with Martha Reyes

1
2   LB:   Okay.  So, you lived there with, uh, Pam and Michael and what...you had a-a baby daughter?

3   MR:   A little girl.....Unica Gonzales.
4

5   LB:   Okay.  Okay.  Could you...be sure to speak up or the tape can't hear you.  Now we talked
6         a little bit earlier and...for the last six years, basically, you've-you've really kinda denied
7         having any participation in this or having any knowledge of it...of the actual murders.  And,
8         we were talking a little bit, while ago, and you indicated to us that you might have a little
9         more knowledge than what you've told people in the past.  Right?
10
11  MR:   Yes, sir.
12
13  LB:   Okay.  Could you tell us what your involvement is in this?
14
15  MR:   I knocked on the door...because he knew that they would not open the door for him.  Right?
16
17  BA:   You knocked at who's door?
18
19  MR:   The Aguirres.
20
21  BA:   And this had been, uh..y'all's next door neighbors?
22
23  MR:   Yes, sir.
24
25  BA:   Okay.
26
27  MR:   I walked in...(sniffs)...and as soon as I was gonna walk out, he went in.  Michael went in.
28        And...
29
30  LB:   Speak up some.  We can't hardly hear you.
31
32  MR:   Oh.
33
34  LB:   I know it's tough to talk about, but...
35
36  MR:   I walked outside with my little girl, cause I had her in my hands.
37
38  LB:   So, you carried your little girl over there?
39
40  MR:   Yeah.
41
42  LB:   About what time of the day was this?
43

JUN 2000
Received
Record
Division

004357

OPD Case #9427980-Manuel & Merced Aguirre-Taped Interview with Martha Reyes

| | | |
|---|---|---|
| 1<br>2 | MR: | It was-it was dark.  I-I don't remember the precise time it was. |
| 3<br>4 | LB: | Had it been dark very long? |
| 5<br>6 | MR: | Uh-uh. |
| 7<br>8 | LB: | Had the sun gone down? |
| 9<br>10 | MR: | Yeah, the sun had gone down.  Uh, I'd say it was probably about what?  9:30...maybe. |
| 11<br>12 | LB: | Okay. |
| 13<br>14<br>15 | MR: | You know, I guess, uh, it was around this time of the year.  So, it does get dark around 9:30 or somethin'.  Uh.... |
| 16<br>17<br>18 | BA: | Do you remember what day it was, I mean, of the week?  You don't remember anything like that?  Okay. |
| 19<br>20 | MR: | I can't remember. |
| 21<br>22 | BA: | So, when you knocked on the door, who answered? |
| 23<br>24 | MR: | Uh, Beta..answered. |
| 25<br>26 | BA: | Who? |
| 27<br>28 | MR: | Beta.  That is... |
| 29<br>30 | BA: | Beta? |
| 31<br>32 | MR: | Ms. Aguirre. |
| 33<br>34 | BA: | Ms. Aguirre?  Okay. |
| 35<br>36 | MR: | Yeah.  Uh, we called her Beta. |
| 37<br>38 | BA: | Okay. |
| 39<br>40<br>41<br>42 | MR: | And, uh, Manuel was sitting in his recliner.  I remember, cause he had just gotten out of, uh, the hospital, cause of his heart.  And......I went back to the house.  And when he came back, he had blood all over him...and he.. it wa-it was..it was awful. |
| 43 | BA: | Who had blood all over him? |

JUN 2000<br>Received<br>Record<br>Division

004358

OPD Case #9427980-Manuel & Merced Aguirre-Taped Interview with Martha Reyes

1    MR:   Michael did.
2

3    BA:   So, who else was with Michael?
4

5    MR:   Nobody else came to the house. Nobody else came to the house that day. (Sniffs) Michelle
6         came by later on. But that was it. Nobody else came.
7

8    BA:   I mean, nobody was there with Michael, at the time?
9

10   MR:   Not that I know of. I came back home. As soon as he got in, he-he started like....how do
11        you say it? Like taking, you know, trying to get the VCR or something. Right? I walked
12        out. I walked out, cause I did not want to know anything about what was going on, until the
13        next day. (Sobbing) Then we saw all those cops there. They were talking about.....they were
14        gone. They were gone.
15

16   BA:   So, you never wal...actually, walked inside the house?
17

18   MR:   Uh, I mean, I was in there, but not while he was in there. No.
19

20   LB:   So, you went in the door....you had your baby and you wal...you-and...
21

22   MR:   Yeah.
23

24   LB:   ...Mrs. Aguirre answered the door. And you went in?
25

26   MR:   And we went inside and we talked a little bit and then I told her, I said, "Well, I better go
27        cause it's getting late." You know?
28

29   LB:   So, you just went in and talked to em?
30

31   MR:   Yeah.
32

33   LB:   Chit-chatted with em?
34

35   MR:   Yeah. Like I always did. You know? When I got-when I would see, you know. I used to
36        do that quite a bit, when Michael would be drinking or, you know, something. I'd always go
37        to their house. They didn't mind me going to the house. You know? But, since the door
38        was open, you know? He-he pa...specified. He just wanted to take out the VCR, you know?
39        Things like that. You know?
40

41   BA:   But he said....he'd planned it or what? To go over there and get their stuff? Wanted you to
42        knock on the door? Or what?
43

JUN 2000
Received
Record
Division

004359

OPD Case #9427980-Manuel & Merced Aguirre-Taped Interview with Martha Reyes

| | | |
|---|---|---|
| 1 | MR: | Yeah. He just said that he wanted the stuff that he can sell...because my little girl's birthday |
| 2 | | was coming up. Right? Her's is the 27th...and we were planning a birthday party for her, that |
| 3 | | da, you know-you know, later on. We were gonna plan her a big ole birthday party cause, |
| 4 | | I think, she was gonna turn one. And he wanted to get her a big...you know, a big present |
| 5 | | from me and-from me and him. You know, we're his parents! We're-we're her parents. So, |
| 6 | | I told him, "Well, you know, do whatever you wanna do." You know? "I don't care." You |
| 7 | | know? I knew he couldn't get no other money, cause he's never worked. Out of the two |
| 8 | | years that me and him were together, he never worked. So, I knew that the only way, you |
| 9 | | know, he makes money is by robbery. You know? And I knew that. You know? |
| 10 | | |
| 11 | BA: | Robbery? You mean, by breakin' into houses? |
| 12 | | |
| 13 | MR: | Yeah. Breaking into the houses, you know? Taking their stuff. Things like that, you know? |
| 14 | | I've always known him to do that. |
| 15 | | |
| 16 | BA: | So, he told you he was gonna do that? |
| 17 | | |
| 18 | MR: | Yeah. But when he came back with...blood all over him, I just...I-I freaked. (Nervous laugh) |
| 19 | | I didn't know what to expect..until the next day that I heard over the-the news and everything |
| 20 | | else of what was going on. And.....then, later on in May, I remember he got locked up three |
| 21 | | days before my birthday. (Sniffs) (laughs) And he kept telling me he didn't do it. He didn't |
| 22 | | do it. I go, "Okay." |
| 23 | | |
| 24 | LB: | When you went over (sound of phone ringing) (clears throat) and knocked on the door and |
| 25 | | (phone rings again).....you went over and knocked on the door and you went inside and....you |
| 26 | | were talkin' to the Aguirres and then what? Michael just followed you in? Or-or was he... |
| 27 | | |
| 28 | MR: | No. |
| 29 | | |
| 30 | LB: | ...did he come in later? Or when you... |
| 31 | | |
| 32 | MR: | He came in later. I mean, cause me and Beta, we were sittin' there talkin' for-for quite |
| 33 | | awhile. You know, we were (inaudible) you know, we were talking about my little girl. You |
| 34 | | know? Things like that. And I was asking her how Manuel was doing and....then I told her, |
| 35 | | I said, "Well, I better go cause..." I know I said, "The news is fixin' to come on." Cause you |
| 36 | | know how they announce, ahead of time, that the news is gonna come on. "So, I better go," |
| 37 | | I said, "cause, you know, it's fixin' to be 10 o'clock. You know?" And she was like, |
| 38 | | "Okay." And, uh, me and her, we were still walking-we were still walking like that and then, |
| 39 | | uh....I know Beta hadn't shut the door yet and I was still talking to her, cause I was still like |
| 40 | | where her-the door was at, there's that brick thing right there. Right? Right there between |
| 41 | | Pam's house and her house. That brick thing right there where they usually parked the car. |
| 42 | | (Sniffs) And that's when he came. |
| 43 | | |

JUN 2000
Received
Record
Division

004360

OPD Case #9427980-Manuel & Merced Aguirre-Taped Interview with Martha Reyes

1
2       BA:     Well, you...

3       MR:     You know what I'm talking about, right?
4

5       BA:     Well, no-no I don't.  Go ahead.
6

7       MR:     Uh, you...but you know what I'm talking.....y'all know what I'm talking about, right?  That
8               brick....
9

10      LB:     Divider, there.  It's kinda like...a fence deal.
11

12      MR:     Yeah.  That divider thing right there?
13

14      LB:     Uh-huh.
15

16      MR:     It's like the fence.  I was still talking to her right there.
17

18      BA:     She walked outside with you?
19

20      MR:     Not all the way.  No...
21

22      BA:     But...
23

24      MR:     ...she was still in her pajamas.
25

26      BA:     Okay.
27

28      MR:     She didn't walk...she didn't walk out...
29

30      BA:     But she walked outside of the house?  Or...
31

32      MR:     No.  She was just like right there at the door.
33

34      BA:     Okay.  Is that the screen door?
35

36      LB:     The sliding glass door?
37

38      MR:     Yeah.  Yeah.  Right there.  And, uh...Michael came around.  And he...
39

40      BA:     So, it was a plan for you, after you came out, he was gonna go in?  He was just waitin' for
41              you to come out, or what?
42

JUN 2000
Received
Record
Division

004361

OPD Case #9427980-Manuel & Merced Aguirre-Taped Interview with Martha Reyes

| | | |
|---|---|---|
| 1 | MR: | I guess, more likely. Either that or it was just, you know...he saw that...he said, "Well, when |
| 2 | | I see that you're almost leaving," he goes, "I'll go in," he goes, "and just take the stuff, you |
| 3 | | know?" Things like that. He goes, "Get rid of it." And he was, and then, that way, you |
| 4 | | know, I could sit there and say, 'Well, I was here at the house." Right? And he goes, "You |
| 5 | | can cover for me, right?" And I said, "Well, I guess. You know I'll cover for you. You |
| 6 | | know." But, when he came home....I know it was probably about...I guess, about ten minutes |
| 7 | | later, maybe fifteen...when he came home, he had all that blood...and......and I asked him what |
| 8 | | happened. He goes, "It was just an accident." He goes, "It-it was. It was just an accident." |
| 9 | | "Fine." |
| 10 | | |
| 11 | BA: | So, was Mr. Aguirre asleep, when you went in there, the first time? |
| 12 | | |
| 13 | MR: | No, he-he was awake. |
| 14 | | |
| 15 | BA: | He was watchin'-he was watchin' TV? |
| 16 | | |
| 17 | MR: | Yeah. He was watchin' TV. |
| 18 | | |
| 19 | BA: | Okay. |
| 20 | | |
| 21 | MR: | But he had been... |
| 22 | | |
| 23 | LB: | Just sittin' in his recliner? |
| 24 | | |
| 25 | MR: | Yeah, but he looked like he was...like, almost fallin' asleep...whatever...you know? Cause |
| 26 | | he was, you know, kinda like closing his eyes and... |
| 27 | | |
| 28 | BA: | And dozing off? |
| 29 | | |
| 30 | MR: | Yeah. But...and...you know, I didn't really talk to him, you know? I asked him, you know, |
| 31 | | "How are you doing?" And he just shook his head yes, I mean, that he was okay. "Okay." |
| 32 | | |
| 33 | BA: | So, did you see Michael take a knife in there? Or anything like that, when he first went in |
| 34 | | there? |
| 35 | | |
| 36 | MR: | Huh-uh. I didn't see that. Either that or he had it...cause he had a flannel..on. And, you |
| 37 | | know...after y'all arrested him and everything, I started thinking about, well, maybe he had |
| 38 | | it under his, you know...you know, if y'all have a flannel on and stuff, i-it can go under the |
| 39 | | jacket, you know? Cause I didn't see it, you know, I had my little girl. We walked over to |
| 40 | | the house and stuff, you know? And I-I waited for him to come back. You know, I waited |
| 41 | | for him to come back with the VCR or something, you know? Robbery. You know? I didn't |
| 42 | | expect him to come back with blood on his, you know, on his stuff. And he kept telling me, |
| 43 | | "It was an accident! It was an accident!" And I was like, "What did you do?" And he didn't |

004362

OPD Case #9427980-Manuel & Merced Aguirre-Taped Interview with Martha Reyes

| | | |
|---|---|---|
| 1 | | wanna tell me. I was like, "Oh, great!" I said, "I'll go with another-another thing that I'm |
| 2 | | gonna, you know, have to lie for." And, uh, he kept yelling at me and telling me, you know, |
| 3 | | "It was an accident!" And he'd go...he goes, "And if you'll..." He goes...cause I was-I was |
| 4 | | almost going hysterical. |
| 5 | | |
| 6 | BA: | How long was he inside the Aguirres' house, you said? |
| 7 | | |
| 8 | MR: | I'd say about 10 or 15 minutes....maybe. You know? I didn't-I didn't really keep a time on |
| 9 | | it. You know? (sniffs) |
| 10 | | |
| 11 | BA: | So, when he came home, what di-wha-what did he have with him? He had blood all over him. |
| 12 | | Did he have the VCR then? Or... |
| 13 | | |
| 14 | MR: | Yeah. Yeah. He had the VCR then. And, uh... |
| 15 | | |
| 16 | BA: | So, did he keep going back and forth to get the stuff, or what? |
| 17 | | |
| 18 | MR: | Uh-huh. Yeah. And, uh, I was like...and then Michelle showed up. |
| 19 | | |
| 20 | BA: | So, you saw him with blood the whole time, when he was going back and forth, getting the |
| 21 | | stuff? Or what? |
| 22 | | |
| 23 | MR: | Yeah. Yeah. But he didn't...he only went back, I think, twice. |
| 24 | | |
| 25 | BA: | Twice? |
| 26 | | |
| 27 | MR: | Yeah. |
| 28 | | |
| 29 | LB: | What did (inaudible). |
| 30 | | |
| 31 | BA: | What'd he bring... |
| 32 | | |
| 33 | LB: | Let's go. Excuse me, Buzzy. Go ahead. |
| 34 | | |
| 35 | BA: | What'd he bring the first time? Do you remember? |
| 36 | | |
| 37 | MR: | I think it was the VCR, if I'm correct. |
| 38 | | |
| 39 | BA: | Okay. |
| 40 | | |
| 41 | MR: | And...I-I'm not even su...I can't remember what else he brought into the house...that day... |
| 42 | | to tell you the truth. I remember the VCR, but-but everything else, I don't remember. |
| 43 | | |

JUN 2000
Rec... 
...

004363

OPD Case #9427980-Manuel & Merced Aguirre-Taped Interview with Martha Reyes

| | | |
|---|---|---|
| 1 | LB: | Was he using the front door or back door? |
| 2 | | |
| 3 | MR: | The back door.  He was using the back door.  And then, when Michelle showed up, he didn't |
| 4 | | go outside.  He just stood at the doorway.  Michelle-Michelle wanted him to go somewhere |
| 5 | | with her or something...to the store.  So that, that way, he wouldn't have to...she...the kids |
| 6 | | were asleep.  That way she wouldn't have to wake up the kids...you know?  Things like that. |
| 7 | | She goes, "Then let me take Martha."  And he said no...I couldn't go either.  I go, "Alright." |
| 8 | | |
| 9 | LB: | So Michelle got there right at...after this happened then?  She..it wasn't long after this |
| 10 | | happened... |
| 11 | | |
| 12 | MR: | Uh-uh. |
| 13 | | |
| 14 | LB: | ...that Michelle came, was it? |
| 15 | | |
| 16 | MR: | Huh-uh. |
| 17 | | |
| 18 | LB: | Had Michael already cleaned up?  Did he already... |
| 19 | | |
| 20 | MR: | Uh-uh. |
| 21 | | |
| 22 | BA: | So, Michelle saw him? |
| 23 | | |
| 24 | MR: | No.  It was dark.  She never got off the car.  Lights were off in the house.  Lights were |
| 25 | | off..outside.  So, it was dark.  You couldn't-you couldn't tell....especially with her sittin' in, |
| 26 | | you know, in the front yard, in the car, and she didn't get off the car for nothing. |
| 27 | | |
| 28 | BA: | So, he was standing at the front door, talking to her? |
| 29 | | |
| 30 | MR: | He was standing at the front door.  But what it was is that he had...you know how there's th- |
| 31 | | the-the iron door and then there's the other door, right? |
| 32 | | |
| 33 | BA: | Uh-huh. |
| 34 | | |
| 35 | MR: | Right?  There's two doors? |
| 36 | | |
| 37 | BA: | Yeah. |
| 38 | | |
| 39 | MR: | The other one was open from the inside and the one from outside was closed. |
| 40 | | |
| 41 | BA: | Oh, okay. |
| 42 | | |
| 43 | MR: | You know what I'm sayin'? |

JUN 2000
Record
Division

004364

OPD Case #9427980-Manuel & Merced Aguirre-Taped Interview with Martha Reyes

1  LB:   Uh-huh.
2
3  MR:   So, he never stepped outside and then she never got off the car.
4
5  BA:   She was just screamin' at him, or what?
6
7  MR:   Yeah. She was just telling him, you know, "Come to the store with me." And he was like,
8        "No." You know? He goes, "Well, let me take Martha." You know? And he said, "No.
9        No. Her either." She got mad and she took off, because Michael wouldn't let either one of
10       us go.
11
12 BA:   Okay. So, what happens now...after he gets all the stuff from the Aguirres?
13
14 MR:   He said he was gonna go sell it.
15
16 BA:   That night?
17
18 MR:   Uh-huh.
19
20 BA:   So did you go with him?
21
22 MR:   I think that was, uh...did I leave with him that night? Uh, I think we had gone to Julian's.
23       If I'm correct, I think we had gone to Julian's.
24
25 BA:   Did he change first, before y'all went to Julian's?
26
27 MR:   Yeah.
28
29 BA:   So, what'd he do with the clothes?
30
31 MR:   I don't remember. To tell you the truth, I don't remember.
32
33 BA:   Is that when he had that plastic bag?
34
35 MR:   I think it was that night. Yeah, I think it was that night that he had that plastic bag...and
36       that's when we had gone to Julian's....if I'm.....if I am correct, I think (inaudible).
37
38 BA:   So, who took y'all to Julian's?
39
40 MR:   I can't remember who gave us a ride. I know somebody picked us up, at one point, when we
41       were walking, but I can't remember who it was. I know we had to sit in the back of the...I'm
42       not sure if it was a truck or an El Camino. I'm not sure who it was...to tell you the truth. All

JUN 2000
Received
Record
Division

004365

OPD Case #9427980-Manuel & Merced Aguirre-Taped Interview with Martha Reyes

|   |   |   |
|---|---|---|
| 1<br>2<br>3 |   | I know is that Mike goes, "Come on." He goes, "We can get a ride." I go, "Alright." We got into the back and (inaudible). |
| 4<br>5 | BA: | So, who else did, uh, Michael tell you was involved with him, after it was all over with? |
| 6<br>7 | MR: | He didn't tell me anything. |
| 8<br>9 | BA: | He has never told you, to this day? |
| 10<br>11 | MR: | Uh-uh. He never told me who was involved. He didn't tell me...nothing. I just... |
| 12<br>13 | BA: | Then... |
| 14<br>15<br>16<br>17<br>18<br>19 | MR: | ...I-I...that's...you know, Daniel Lugo would come around...and they were always in that little 'hush-hush', you know, like I told you. But...I kinda figured that maybe he was the one involved, you know, with Michael. You know what I'm sayin'? But I can't tell you precisely if it was him or not. You know? Because I know, when I left the house, he was the only one in the house. |
| 20<br>21 | BA: | But, was Daniel at y'all's house before? I mean... |
| 22<br>23 | MR: | Huh-uh. |
| 24<br>25 | BA: | ...before that.. |
| 26<br>27 | MR: | Huh-uh. |
| 28<br>29 | BA: | ...this thing was planned? He was never around at all? |
| 30<br>31 | MR: | Huh-uh. |
| 32<br>33<br>34 | LB: | It was just you, Michael and the baby, at the house? And you went over, with the baby, and visit the Aguirres? Then, as you left, Michael went in the house? |
| 35<br>36 | MR: | Uh-huh. |
| 37<br>38 | LB: | And Michael was all alone? |
| 39<br>40 | MR: | Uh-huh. |
| 41<br>42<br>43 | LB: | And you never did see any of his...any of the other, uh, gang members? HDP members? Nobody else was there? |

004366

OPD Case #9427980-Manuel & Merced Aguirre-Taped Interview with Martha Reyes

1    MR:   No, sir.
2

3    LB:   So, as far as your knowin' and concern, Michael did this all by himself?
4

5    MR:   Yes, sir.
6

7    LB:   Okay.  Did you ever see a knife or any kind of weapon, **after** it was over with?
8

9    MR:   Yeah.  He was washing it off.
10

11    LB:   Where did he wash it off at?
12

13    MR:   In the sink in the kitchen.
14

15    LB:   What kind of knife was it?
16

17    MR:   The one with the.....either white or pearl handle.
18

19    LB:   Is that the one they got from that restaurant that time?
20

21    MR:   Yeah.  I think it was.  (Pause)
22

23    BA:   What did he do afte...when he washed it?
24

25    MR:   He put it back in the cabinet...you know, in the drawer.
26

27    LB:   (clears throat) Do you know where that knife ever ended up? Cause it wasn't there, later on.
28

29    MR:   Yeah.
30

31    LB:   You know, and then...
32

33    MR:   No.  Uh....
34

35    LB:   ...and Pam even missed the knife, later.  You know?
36

37    MR:   Yeah.  She had asked me one day, where the knife was at.  Like several days later.  And...I
38           told her, "Well, Pam, it should be there."  Cause I, you know, I saw him put it up.
39

40    BA:   So, you saw Michael wash it?
41

42    MR:   Yeah.
43

004367

OPD Case #9427980-Manuel & Merced Aguirre-Taped Interview with Martha Reyes

| | | |
|---|---|---|
| 1 | BA: | Did it have blood on it or anything? |
| 3 | MR: | Yeah. |
| 5 | BA: | So, when y'all took the property....y'all were walkin' with the property to... |
| 7 | MR: | He had (inaudible). |
| 9 | BA: | ....to Julian's house? |
| 11 | MR: | No, when he took that property, he took it by himself. That property....when he took it, after we had gone to Julian's, after we had the clothes in our hands and stuff, I came back cause mija was hungry. You know? And things like that. And she needed to go to bed, already. Right? I came home. He left..later on, that night. You know? He had been in and out of the house..all that night. I don't even know exactly what time he even came home to go to sleep that night, either. You know what I'm saying? I couldn't tell you the exact time he came home. |
| 19 | LB: | Is this the reason that y'all got married? |
| 21 | MR: | Yeah. |
| 23 | LB: | Who's idea was this? |
| 25 | MR: | His. He told me-he told me, if I got married, I wouldn't have to testify against him, you know, cause I was legally his wife. |
| 28 | BA: | And he wouldn't have to testify against you? |
| 30 | MR: | And he wouldn't have to testify against me. And I told him, "Fine." |
| 32 | BA: | Since we have all this in the open, then, if you know anything else, I mean, we need to know **now**. |
| 35 | MR: | Yeah. |
| 37 | BA: | I mean, if anybody else was involved. Don't be afraid! |
| 39 | MR: | Well, I just... |
| 41 | BA: | If you know if anybody else was involved, this is the time to... |
| 43 | MR: | Eh, he'll probably send somebody after me anyway. So, it don't matter. |

004368

OPD Case #9427980-Manuel & Merced Aguirre-Taped Interview with Martha Reyes

1    BA:    Why's he gonna send somebody after you?
2
3    MR:    Because he had always told me not to tell anybody.
4
5    LB:    I don't really think he has that many, uh, friends. All that's over with, hon. Th-that gang
6           days is over with. All the people that y'all knew, they're all grown up and gone out of that.
7
8    BA:    And that's why we need to know if anybody else...
9
10   LB:    That's a-that's a no more deal.
11
12   BA:    If anybody else was involved, this is the time, I mean. You know, don't cover-up for anybody
13          else.
14
15   MR:    (crying) (inaudible) As far as I knew, he was the only one who had gone in (inaudible).
16
17   LB:    And nobody else? None of the other guys come around..and went in the house or anything,
18          after that?
19
20   MR:    No, sir.
21
22   LB:    So....any talk going around about the other guys being there, would be just gang talk, you
23          think?
24
25   MR:    Probably.
26
27   LB:    Just making em...
28
29   MR:    Yes. I mean...
30
31   LB:    ...feel big?
32
33   BA:    So, if people are sayin' that Perkins and Lugo were involved, that's not true?
34
35   MR:    Probably not. I mean, you know, Lugo could have gone in there. You know what I'm
36          sayin'? They could have planned it way ahead of time...but they knew that-that nobody
37          would open the do.., you know, they knew that the Aguirres wouldn't open the door for
38          nobody.
39
40   BA:    But Lugo was never around, when you and Michael planned...
41
42   MR:    No. Not-not that day.
43

004369

OPD Case #9427980-Manuel & Merced Aguirre-Taped Interview with Martha Reyes

1   BA:   Not then.  Have y'all talked about it before?
2
3   MR:   Uh, that day, he just told me, he goes, "You know, baby, now we need the money.  You
4         know mija's birthday's coming up." You know? Blah-blah-blah. "Okay. Fine." (Sniffs)
5         We went....he goes, "Well, that way we can go and get, you know, a big birthday present for
6         her. You know, it's her first year." You know? Things like that. I'm, "Alright." And, uh...I
7         just never thought that it'd come to this, after me having two more kids.
8
9   LB:   Did you talk to, uh...did y'all talk about this? Or he planned this? How far ahead of time, did
10        they ever start talking about this? Was it just kind of an instantaneous deal? Or...
11
12  MR:   I guess, it was just like a, you know, just a...like a..all of a sudden thing. He was...
13
14  LB:   Spur of the moment?
15
16  MR:   Yeah.
17
18  LB:   And he decided he'd go over there and steal their stuff, huh?
19
20  MR:   I mean, tha-that's what I figured it was. You know? So, I just, kind of...you know? What
21        he did was his business, you know? As long as I...I told him, I said, "Michael, I'll probably
22        get thrown in jail along with you, you know, for having to open the door for you." You
23        know what I'm sayin'? Cause he knew he couldn't get in there.  And I was like, "Oh, well,
24        you know, I'll suffer the consequences."
25
26  BA:   So, you couldn't hear nothin' after he went in? You couldn't hear no screamin'? No...
27
28  MR:   Huh-uh.
29
30  BA:   ...fighting or nothin'?
31
32  MR:   Huh-uh. I-I-I didn't hear anything. But then, again, when, you know, when I went in the
33        house, the stereo was on, too, and the air conditioner. You know what I'm sayin'? So..I just
34        came in and I was pacing back and forth, you know, waiting for him to come back.  I just
35        didn't expect him to come back...
36
37  BA:   So, when he came back in, what did he say to you, when he's got blood all over him?
38
39  MR:   It was an accident.
40
41  BA:   What was an accident? I mean, did he say?
42

004370

OPD Case #9427980-Manuel & Merced Aguirre-Taped Interview with Martha Reyes

| | | |
|---|---|---|
| 1 | MR: | He just kept saying it was an accident. Cause I told him, I said, "Wh-what happened?" You |
| 2 | | know? Cause, I mean, he was, you know, like..he had blood here. Blood there. Everywhere. |
| 3 | | He goes, "It was an accident." And I was like, (sniffs), I go, "What wa... |
| 4 | | |
| 5 | BA: | Did you get any blood on you? There was no blood on you at all? |
| 6 | | |
| 7 | MR: | Uh-uh. (Sniffs) |
| 8 | | |
| 9 | BA: | So, you never went back inside the house to see what had happened or anything? |
| 10 | | |
| 11 | MR: | Uh-uh! Not after the way he came home. (Crying) |
| 12 | | |
| 13 | BA: | So, you know nothin' that happened 'til the next day, for sure... |
| 14 | | |
| 15 | MR: | For sure, for sure... |
| 16 | | |
| 17 | BA: | ...what had happened? |
| 18 | | |
| 19 | MR: | (inaudible) |
| 20 | | |
| 21 | BA: | But you knew something had happened because he had blood all over him? |
| 22 | | |
| 23 | MR: | Yeah. I knew something had happened. But...I just...I'd never guess that that's...the way |
| 24 | | they had fallen, because of him. You know? I just never figured that much. |
| 25 | | |
| 26 | BA: | When did Lugo start coming around? |
| 27 | | |
| 28 | MR: | A couple of days after. |
| 29 | | |
| 30 | BA: | So, it wasn't right after it happened? |
| 31 | | |
| 32 | MR: | No. He started coming around (sniffs) and then, after he got thrown in jail, is when |
| 33 | | they...they just completely stopped coming around. You know? And then..that's when the |
| 34 | | rumors started going and stuff. But, he had always told me, "Just tell em, you know, I was |
| 35 | | here at the house with you all day...(sniffs)...and all night." He goes, "They can't prove |
| 36 | | nothin'." Things like that. "Okay." And..that's the reason..I said that. You know? But.....I |
| 37 | | guess.........I'll have to live with it. |
| 38 | | |
| 39 | BA: | So, as far as you know, nobody else, I mean, could have helped him, to do what he did? |
| 40 | | |
| 41 | MR: | (inaudible) Someone probably could have helped him. You understand what I'm saying? I |
| 42 | | mean, don't get me wrong! I'm saying, you know, yeah! Somebody probably could have |
| 43 | | helped him, but...in...in everything that happened, I was..you know..he was the only one **I saw** |

004371

OPD Case #9427980-Manuel & Merced Aguirre-Taped Interview with Martha Reyes

1      go in there. You know? Unless, for some reason, you know...either Daniel, Perkins or, you
2      know, let's just say...one of em happened to be walking by or somethin'....and Michael calls
3      our for them, is that..he could-they could have gone in the house. You know? That-that
4      would have been a whole different story. But, as soon as I walked around, I went to the back
5      of the house and I went inside. You know what I'm saying? I don't know if he-if he **did** see
6      one of his old home-boys goin' to the house or somethin' and he just happens to call em over
7      there. (Sniffs)
8
9    BA:   But you'd have never known?
10
11   MR:   No. He-he just...mostly, he kept telling me it was-it was an accident. And that's all he kept
12      telling me, that it was an accident.
13
14   LB:   Can you think of any reasons why...Jesse Perkins would be telling people...of him having
15      involvement in this?
16
17   MR:   No, I couldn't. I couldn't tell you that. I..
18
19   LB:   Had you ever heard that?
20
21   MR:   Uh-uh.
22
23   LB:   Had you ever heard any kind of rumors like that? Or had you ever talked to Jesse? Or did
24      he ever talk to you about it?
25
26   MR:   Uh-uh. When it came to Jesse Perkins, Daniel Lugo..all of them, I-I really I was not allowed
27      to talk to em. Even while he was in jail, I was not allowed to talk to em, you know, have any
28      kind of communication with em. Because, either way, it came back around, sayin' that I was
29      cheatin' on...you know, and that I was being a....how can...excuse my language, a **bitch**...and
30      sleeping around and this and that. That's the reason, after a month, after we got married and
31      stuff, is when I finally took off and I met 'Beaver'.
32
33   LB:   Was....Daniel Perkins...I mean, Daniel Lugo and, uh, Jesse Perkins, were they at the house
34      earlier that day? (Pause) Let's say around-around the time Pam went to work, that
35      afternoon?
36
37   BA:   And we've been told by several people that they were there earlier that day. I don't know if
38      it'll help your memory, but...
39
40   MR:   Cause I know we were at Adonica's house that...earlier that day. (Pause) But I'm not sure
41      if either one of em came by the house. I mean, to tell you the truth, I can't remember if they
42      even came to the house earlier that day. You know? Cause I remember......I had gone home
43      and I'd cooked. We sat in the living room, watching TV, and then that's when he, you know,

004372

OPD Case #9427980-Manuel & Merced Aguirre-Taped Interview with Martha Reyes

1        that's when he started talking about, you know, robbing the next-door neighbors, so we could
2        have some money.  (Sniffs) And I was like, "Well, okay."  You know?
3

4  BA:   You agreed to do it?
5

6  MR:   Yeah.
7

8  LB:   Did he...give any explanation of how he thought he'd get away with that?  With robbing his
9        neighbors?  Just go over there and steal...
10

11  MR:   He-he just figured, you know, he said, he goes...well, he goes,  "If it comes back to me," he
12        goes, "I'll just sit there and say, you know, I was here at the house all day."  And I ca...I was
13        like, "Well, okay."  You know?  I go, "I-I could sit there and say that."  You know?  I would
14        sit there and say, "I was here at the house.  He was here with me."  Just like-like our word
15        for it.  Cause he had always told me to say that.  You know?  And the only reason I kept
16        saying it was because of the fact....I'm **terrified** of him.  I'm terrified that...I don't care about
17        his little-that little gang he had here in Odessa.  I'm terrified about the fact that, yeah, I've
18        heard rumors that there's gangs in the-in the prison.  You know?  And, you know, like, what
19        is?  La Mafia and there's the other one.  The...
20

21  BA:   Texas Syndicate.
22

23  MR:   Yeah.  You know?  I've heard that, you know, if they want somethin' done, you know, it's
24        gonna get done.  You know what I'm sayin'?  That's the reason I kept sayin' what I kept
25        sayin', over and over again, because of the fact that I'm terrified that I'm....either something's
26        gonna happen to me, something's gonna happen to my mom, my brothers and my sister...or
27        something's gonna happen to one of my kids.  Not his daughter!  My kids!  My boys!
28

29  LB:   Well, I can understand that.  Now, what you have to understand though, too, is Michael is-is
30        basically on Death Row and he has no connections with the other inmates.  He is basically
31        kind of in solitary confinement.  And I don't think that, uh...he may have been a, uh, big man
32        with the-with his particular little gang and stuff but, as far as to the Mexican Mafia and stuff,
33        he's...they're not gonna have anything to do with him.  He has nothin' to offer em, to start
34        with.  And they're more into drugs and this kind of thing.  And, uh, as far as Michael, he-he
35        has nothing to offer em.  But he has no connections with em, cause he's in-he's in a solitary
36        cell.  He's by hisself.  He's not in the general population.
37

38  MR:   Oh.
39

40  LB:   Yeah.  He's never been exposed to the people in the-in the prison...other inmates.  So, don't
41        worry about that.
42

43  MR:   All the time, I've just been a...that's always terrified me.

004373

OPD Case #9427980-Manuel & Merced Aguirre-Taped Interview with Martha Reyes

|   |   |   |
|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10 | LB: | Well, I can-I can understand you being afraid. I really can. I know-and I think anybody can afraid, uh, appreciate you being afraid. And, uh, for your children, for you, for your mother and for everybody. But I feel-I don't think you-you have that much to worry about there. I think you've built it up in your head and you're remembering him as "Spider", when he was, you know, HDP. And, he's not HDP no more. HDP is non-existent. These guys, that we've talked to, they're non-gang-affiliated now. They're just-they're just trying to make it. They've got wives and kids and they're workin' for a living and..you've got an exception or two. But they're-they're not gang members. It's-it's kinda over with. You-you're kinda living in the past, I think. |

11 MR: Yeah, I...but I-I guess it's....after having everybody tell me about, you know, La Mafia an-and
12      that other-that other gang in the prison and stuff. (Sniffs) And...he...

14 LB: Yeah, but they're-they're not gonna get involved in something like this. To start with, their
15      sympathy would be for you and the kids, not for him. Cause they're a very family-orientated
16      bunch, too.

18 MR: Oh. Well, I didn't know that they...I just...I was just always afraid that, you know, regardless,
19      one of these days, you know, I was gonna get hit by a car and get killed. Or, you know...

21 LB: I don't think so.

23 MR: ...a drive-by shooting or something, you know.

25 LB: I think this might be a relief to you, cause I don't-I don't believe that would ever happen. Is
26      there anything else you can think of?

28 MR: No.

30 LB: Do you remember what happened to the camera or any of the property?

32 MR: I couldn't tell you what happened to (inaudible) property.

34 LB: And you don't know what happened to the knife?

36 MR: (sniffs)

38 LB: Okay. I don't really even have to ask, but you have-you have really bad feelings about having
39      gotten them to open the door. I know, just by talking to you. You have a lot of remorse
40      about that. But, at least, you got it off your chest now. (Martha is crying in background)
41      Anything, Buzzy?
42

004374

OPD Case #9427980-Manuel & Merced Aguirre-Taped Interview with Martha Reyes

1   BA:   We're about to end this tape, you know? It's your last chance and you, as far as you know,
2         that was all that happened?
3
4   MR:   Yeah.
5
6   LB:   Okay.  We're gonna terminate the interview.  It's, uh, 10:35 a.m.
7
8                              (Tape is turned off)
9
10
11
12   *Statement transcribed by Freda Redd Owens, to the best of her ability.*

