IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| MICHAEL DEAN GONZALES, <br><br> *Plaintiff,* <br><br> v. <br><br> WOODSON ERICH DRYDEN, <br> Ector County District Attorney Pro Tem; <br><br> MICHAEL GERKE, Chief, <br> Odessa Police Department; <br><br> STEVEN MCCRAW, Director, <br> Texas Department of Public Safety; <br><br> *Defendants.* | CASE NO. 7:22-CV-46 <br><br><br> **DEATH PENALTY CASE** <br><br> **EXECUTION DATE: MARCH 8, 2022** |

**EXHIBITS TO**
**MOTION TO STAY EXECUTION**

| EXHIBITS | DESCRIPTION |
| --- | --- |
| 1 | Affidavit of Richard Reyna |
| 2 | Affidavit of Stephanie Bothwell, Feb. 22, 2022 |
| 3 | Affidavit of Eduardo Saenz Nino |
| 4 | Third Affidavit of Bloodstain Pattern Analyst Paulette Sutton, February 25, 2022 |
| 5 | Second Affidavit of Bloodstain Pattern Analyst Paulette Sutton, February 12, 2022 |
| 6 | October 17, 2003 DPS Laboratory Report |