# EXHIBIT 1

## AFFIDAVIT OF RICHARD REYNA

COUNTY OF MONTGOMERY )
STATE OF TEXAS ) ss:

RICHARD REYNA, having been sworn according to law, states that the following is true and accurate:

1. I am a resident of Conroe, Texas, am over eighteen years old, and am competent to make this affidavit.

2. I am a licensed private investigator in Texas, license number 00112980.

3. I currently work with counsel for Michael Dean Gonzales in the investigation of Mr. Gonzales' capital murder conviction.

4. In this capacity, I interviewed Jesse Perkins on October 12-13, 2021, while he was confined at the Rudd Unit of the Texas Department of Criminal Justice in Brownfield, Texas. Mr. Perkins was long suspected by Det. Sgt. Snow Robertson of the Odessa Police Department as being involved in the murders for which Mr. Gonzales was convicted.

5. When the Odessa Police Department reinvestigated the case in 2000, Sgt. Larry Bartlett told the Department of Public Safety Crime Lab that Perkins and another man, Daniel Lugo, were the "new suspects."

6. During my interview with Mr. Perkins, I told him I believed that DNA testing had shown that there was blood found at the crime scene that did not match the DNA of the murder victims or of Mr. Gonzales. Perkins responded spontaneously, "That blood is probably mine." Perkins refused to answer any follow-up questions.

8. Perkins declined to sign an affidavit about this, so I am providing my own affidavit about what he said.

I, Richard Reyna, swear, according to law, that the foregoing is true and accurate.

_____
Richard Reyna

Sworn and subscribed before me this 7th day of February, 2022.

_____
Notary Public, State of Texas.
My commission expires Aug. 20, 2025.



ADAM GILLEN
Notary ID #128012924
My Commission Expires
August 20, 2025