# EXHIBIT 6

# TEXAS DEPARTMENT OF PUBLIC SAFETY

CRIME LABORATORY SERVICE MSC 0460
PO BOX 4143
AUSTIN, TEXAS 78765-4143
Voice 512-424-2105   Fax 512-424-2869



**THOMAS A. DAVIS, JR.**
DIRECTOR

**DAVID McEATHRON**
ASST. DIRECTOR

October 17, 2003



**COMMISSION**
**COLLEEN McHUGH**
CHAIRMAN

**ROBERT B. HOLT**
**JAMES B. FRANCIS, JR.**
COMMISSIONERS

S ROBERTSON
POLICE DEPARTMENT
205 N GRANT
ODESSA, TEXAS 79761

| **Laboratory Case Number** | **Agency Case Number** | **Offense Date** |
|---|---|---|
| L-232609 | 9427980 | 04/21/94 |

**Suspect(s)**
GONZALES, MICHAEL DEAN
LUGO, DANIEL PRIMERA
PERKINS, JESSE MONTYWAYNE

**Victim(s)**
AGUIRRE, MANUEL L.
AGUIRRE, MERCED G

**Offense:** Homicide
**County of Offense:** Ector (068)

**Evidence Submitted**

On May 20, 1994 in person from Sgt. S. Robertson
   Refer to report dated 1/13/95

On December 8, 1994 by Federal Express #3417841781
   Refer to report dated 1/13/95

On July 26, 2000 by Federal Express #8143 6585 7005
   Suspect standards from Daniel Lugo (Head hair, saliva standard, blood standard

On September 26, 2000 by Federal Express #8143 6585 6800, #8143 6585 6811 and #8143 6585 6796
   Item 5:  Hairs and fibers from living room
   Item 13: Board from kitchen to living room threshold
   Item 15: Hairs and fibers from kitchen
   Item 16: Broken glass from kitchen of scene
   Item 17: Broken glass from kitchen
   Item 18: Blue house slipper from kitchen
   Item 19: Piece of tile from kitchen
   Item 23: Three pieces of board from utility room
   Item 24: Hair from utility room
   Item 39: Hair from N. W. bathroom in bathtub
   Item 42: Wall section from kitchen
   Item 47: Armchair cover from living room
   Item 49: Grey trousers with belt from Manuel Aguirre
   Item 50: White T-shirt from Manuel Aguirre
   Item 51: Blue jeans with brown belt from Jose Urias
   Item 52: T-shirt from Jose Urias
   Item 53: Shirt from Jose Urias

| **Laboratory Case Number** | **Agency Case Number** | **Offense Date** |
|---|---|---|
| L-232609 | 9427980 | 04/21/94 |

Item 56: Pair of white socks
Item 57: Pair of white shoes
Item 58: Towel from storage shed (222 W. Schell)
Item 59: Body bag from Merced Aguirre
Item 62: Housecoat from Merced Aguirre
Item 67: Hair from left foot of Merced Aguirre
Item 76: Latent shoe impression from utility room
Item 89: Grey pants from 517 S. Sam Houston
Item 91: Hair from Item 89
Item 94: Brown shorts from Michael Gonzales
Item 95: Blue tank top
Item 99: Blue jeans from 218 W. Schell
Item 121: Multi-colored flannel shirt from 517 S. Sam Houston

**Requested Analysis**
Perform DNA analysis

**Results of Analysis**
The following analysis was conducted by Criminalist, Chad Hainley.

A presumptive test for the presence of blood was positive for Items 47, 49, 50, 62, 89 and 121. DNA was extracted from Items 13, 16, 17, 18, 19, 23, 25, 42, 44A, 44B, 47, 49, 50, 51, 52, 53, 58, 61, 62, 63, 72, 73, 76, 89, 121, the three suspect blood standards and the two victim blood standards. The extracted DNA was subjected to PCR. The following STR loci were examined: D3S1358, vWA, FGA, D8S1179, D21S11, D18S51, D5S818, D13S317 and D7S820.

The DNA profile from Item 121, stain 1A, 1B, 2 and 3 are consistent with DNA profile of Ms. Aguirre. Ms. Aguirre cannot be excluded as the contributor of the stains. The probability of observing this DNA profile is approximately 1 in 1.65 trillion for Caucasians, 1 in 171 billion for Blacks and 1in 4.93 trillion for Hispanics. The approximate world population is 6 billion.

The DNA profile from a stain on Item 121 is consistent with the DNA profile of Mr. Aguirre. Mr. Aguirre cannot be excluded as the contributor of the stain. The probability of observing this DNA profile is approximately 1 in 8.13 trillion for Caucasians, 1 in 9.01 trillion for Blacks and 1 in 6.25 trillion for Hispanics. Based on these probabilities, Mr. Aguirre is the source of the stain on Item 121.

The DNA profile from Items 13/stain A & B, 16/stain A, 16/stain C & D, 16/stain F, 17, 18, 19, 42, 61, 62, 62/stain 1 & 2, 63, 72, 73 and 76 are consistent with the DNA profile of Ms. Aguirre. Ms. Aguirre cannot be excluded as the contributor of the stain. Statistical interpretations are available upon written request.

The DNA profile from Items 23, 25, 44A, 44B, 47, 47/stain 1, 49, 49/stain 1-3, 50 and 50/stain 1 & 2 are consistent with the DNA profile of Mr. Aguirre. Mr. Aguirre cannot be excluded as the contributor of the stain. Statistical interpretations are available upon written request.

The DNA profile from Item 89/stain A, 1 and 3 are consistent with the DNA profile of Mr. Perkins. Mr. Perkins cannot be excluded as a contributor to these stains.

The DNA profiles from Items 51/stain A and G, 52/stain A, 53/stain A and 58/stain A and B are not consistent with the DNA profile of Ms. Aguirre, Mr. Aguirre, Mr. Gonzales, Mr. Perkins or Mr. Lugo. These individuals are excluded as a contributor to these stains.

No stains of evidentiary value were detected on Items 94, 95 or 99.

No analysis was conducted on Items 5, 15, 24, 39, 56, 57, 59, 67 or 91.

The DNA profile from Item 89/stain 3 along with the additional loci, D16S539, TH01, TPOX and CSF1PO, has been entered into the CODIS (Combined DNA Index System) database. The profile will be searched

| Laboratory Case Number | Agency Case Number | Offense Date |
|---|---|---|
| L-232609 | 9427980 | 04/21/94 |

in the casework and convicted offender database periodically in order to help generate investigative leads.

**Disposition**
The remaining cuttings and DNA extracts will be maintained frozen in the laboratory. We are unable to retain the remaining evidence and it will be returned to you under separate cover.

*Irma Rios* (signature)

Irma Rios
Supervising Criminalist
Texas DPS Austin Laboratory