# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| **MICHAEL DEAN GONZALES,** | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 7:22-CV-046** |
| | § | |
| **WOODSON ERICH DRYDEN, et al.,** | § | |
|     Defendants. | § | |

## ORDER

This day the Court considered Defendant Steven McCraw's agreed motion to extend his deadline for responsive pleadings. The motion is reasonable and is hereby **GRANTED**. Defendant shall file responsive pleadings on or before May 2, 2022.

SIGNED this _____ day of _____, 20____.

_____
PRESIDING JUDGE