# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| MICHAEL DEAN GONZALES, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL NO. MO:22-cv-0046-DC |
| § | |
| TRAVIS GOLDEN BRAGG, § | |
| District Attorney Pro Tem, Ector County; § | * DEATH PENALTY CASE * |
| § | |
| MICHAEL GERKE, Chief, § | |
| Odessa Police Department; and § | |
| § | |
| FREEMAN MARTIN, Director, § | |
| Texas Department of Public Safety; § | |
| § | |
| *Defendants*.[1] § | |

## ORDER

Before the Court is Plaintiff Michael Dean Gonzales's Unopposed Motion to Lift Stay and Reopen Proceedings (Doc. 49). Previously, this Court stayed this civil-rights proceeding to allow time for the Texas Court of Criminal Appeals to rule on Plaintiff's motion for rehearing in his related state-court proceedings. (Doc. 32). The parties later requested to extend the stay pending the resolution of a related case in the Fifth Circuit Court of Appeals. (Doc. 47). That case has now been decided. *See Reed v. Goertz*, No. 19-70022, 2025 WL 1261412 (5th Cir. May 1, 2025). Plaintiff now requests that the Court lift the stay and abeyance of these proceedings and reopen the case. He also submits a joint proposed scheduling order for the litigation of his civil-rights complaint. Neither request is opposed by the Defendants.

---

[1] Travis Golden Bragg has succeeded Woodson Erich Dryden as the Ector County District Attorney Pro Tem. Freeman Martin has succeeded Steven McCraw as the Director of the Texas Department of Public Safety. Under Rule 25(d) of the Federal Rules of Civil Procedure, Bragg and Martin are automatically substituted as parties.

2

Accordingly, it is hereby **ORDERED** that:

1. Plaintiff Michael Dean Gonzales's Unopposed Motion to Lift Stay and Reopen Proceedings, filed May 21, 2025 (Doc. 49), is **GRANTED**. The stay and abeyance previously issued by this Court (Doc. 32) is **LIFTED** and this case is now **REOPENED** for administrative purposes.

2. The Joint Proposed Scheduling Order, also filed May 21, 2025 (Doc. 49-1), is **GRANTED** as follows: Defendants shall file any responsive pleading to Plaintiff's Amended Complaint (Doc. 23) on or before **thirty (30) days** from the date of this Order. Plaintiff may file a response to Defendants' pleadings no more than **thirty (30) days** after they are filed. Defendants will then have **twenty-one (21) days** from the date of Plaintiff's response to file a reply thereto.

It is so **ORDERED**.

SIGNED this 23rd day of May, 2025.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE